todd-allen:terrell
in care of 102 Tanglewood Drive
Victoria,  land of Texas   [ ⁊ ⁊ 9 0 | ]
thechurchoftherepupblic@protonmail.com
361-402-3884
thomas-arvel:benson
Public Ministe and assistance of counsel
Without the UNITED STATES

United States Courts Southern
District of Texas
FILED

*January 25, 2022*

Nathan Ochsner, Clerk of Court.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TODD ALLEN TERRELL | ) | CASE # |
| | ) | TRIAL BY JURY DEMANDED |
| plaintiff | ) | VIOLATION OF USC TITLE |
| | ) | 18 SECTION 241 |
| V | ) | VIOLATION OF TITLE |
| | ) | 42 SECTION 1983 |
| LUCILLE SCHERER | ) | TITLE 18, U.S.C., SECTION 242 |
| Defendant | ) | VIOLATION OF USC TITLE |
| MARY ANN RIVERA | ) | 18 SECTION 1964(C)RICO |
| Defendant in her personal | ) | |
| Capacity | ) | |
| JEFF MEYER | ) | 18 U.S. Code § 112 **ASSAULT** |
| Defendant in his personal | ) | VIOLATION OF FEDERAL LAW |
| Capacity, | ) | FOREIGN AGENT REGISTRATION |
| JOE WALL | ) | ACT OF 1937 |

Defendant in his personal ) VIOLATION OF FOREIGN

Capacity ) SOVEREIGN IMMUNITIES ACT

) 18 U.S. Code § 112 PROHIBITING

) ASSAULT OF PUBLIC MINISTER

)

Comes now todd allen terrell in this common law court of record,  to complain of the above defendants bad behavior. This court has jurisdiction as plaintiff abodes on the land of Texas. Defendant Lucille Scherer is located at 114 Beechwood, Victoria Texas 77901. Defendant Mary Ann Rivera is a Judge at Prescinct 1 Victoria, address 701 North Goldman, Victoria, Teas 77901. Defendant Jeff Meyer is a constable located at 115 North Bridge Street, Victoria Texas 77901. Joe Wall is an attorney representing Sherer located at 300 East Airline Victoria Texas.

On January 11, 2022 Judge Mary Ann Rivera issued an order for eviction against Plaintiff for writ of possession prescinct 1 case number EV121-181. todd terrell's mother was the owner of this land and house, who passed away. Defendant Scherer obtained an eviction orderr using renter, tenant law Texas Property Code 24.005 – Notice to Vacate Prior to Filing Eviction Suit

(a) If the occupant is a tenant under a written lease or oral rental agreement, the landlord must give a tenant who defaults or holds over beyond the end of the rental term or renewal period at least three days' written notice to vacate the premises before the landlord files a forcible detainer suit, unless the parties have contracted for a shorter or longer notice period in a written lease or agreement. A landlord who files a forcible detainer suit on grounds that the tenant is holding over beyond the end of the rental term

or renewal period must also comply with the tenancy termination require-
ments of Section 91.001.

todd terrell is not a renter, never agreed to contract with Scherer, never agreed to
vacate land, house. On January 18, 2022, my appointed assistance of counse, and my
public minister thomas arvel benson for the church of the republic (see exhibit
Asubmitted a jurisdictional challenge ( to the clerk of the court prescinct 1 (see exhibit
A papers creating foundation) and a copy of the documents establishing the church of
the republic, sam houston, at 102 Tanglewood , victoria Texas, the house and land in
dispute. On January 18, 2022, Constable Meyer was sent a copy of documents
establishing 102 Tanglewood as a church foundation, creating diplomatic immunity
for todd terrell as a public minister. On January 21, 2022, a notice of appeal was hand
delivered, and sent via email to the clerk of the court, prescinct 1 by thomas benson,
the clerk rejected said document stating we only had 5 days to appeal. This is not
accurate. Per the following law, we have 30 days to file notice of appeal.

RULE 26. TIME TO PERFECT APPEAL RULE 26.1. CIVIL CASES The notice of appeal
must be filed within **30 days** after the judgment is signed, Clerk refused timely
notice of appeal. (see exhibit B notice of appeal)

Judge Mary Ann Rivera has zero standing in this court to issue orders as she has
not registered her fictitious entity documents with the Sectetary of State as
required by TEXAS STATUTE

Sec. 71.051. CERTIFICATE FOR CERTAIN UNINCORPORATED PERSONS.
A person must file a certificate under this subchapter if the person regularly conducts
business or renders a professional service in this state under an assumed name other
than as a corporation, limited partnership, limited liability partnership, limited liability
company, or foreign filing entity. Corporations and Associations for profit business
Corporation Chapter 25- Foreign Corporations Part 1 – Certificate of Authority 48-
25-102. Consequences of transacting business without authority. A foreign
corporation transacting business in this state (Texas) without a certificate of authority
<u>may not maintain a proceeding in any court in this state until it obtains a</u>

<u>certificate of authority</u>. Judge Rivera has zero standing to operate in court and receives her paycheck in the all capital letter legal fiction MARY ANN RIVERA.

# 1.    Criminal Penalty: General Violation

A person commits an offense if the person:

(1) conducts business or renders a professional service in this state under an assumed name; and

(2) intentionally violates this chapter.

(b) An offense under this section is a Class A misdemeanor.

Judge Rivera does not have a valid constitutional oath of office, she does not have a valid bond as she is requited by the constitution to provide her land as bond in case a living man or woman is harmed by her.

Judge Rivera has committed treason as the supreme court states that once jurisdiction is challenged (see exhibit C jurisdictional challenge), it must be proven by the Plaintiff Scherer before the court can move one inch forward. Judge Rivera moved the case forward by evicting todd terrell today 1/24/2022 .   H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is necessarily the exercise of jurisdiction." <u>RHODE ISLAND</u> <u>MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838).</u>

 "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." <u>Merritt v. Hunter, C.A. Kansas 170 F2d 739</u>

"a universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property," <u>Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732</u>    "A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be

challenged in any court", <u>OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907)</u>

When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of <u>treason</u>." US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)

Scherer and Judge Rivera are using color of law, military law to attack Plaintiff.

"All codes, rules and regulations are applicable to the government authorities <u>only</u>, not Human/Creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking in due process..." <u>RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985)</u>.

"Statutes apply only to state created creatures known as corporations no matter whether [creatures of statute and offices of] state, local, or federal [government])" (Colonial Pipeline Co. v. Traigle, 421 US 100. (1975).

"The Common Law is the real law, the Supreme Law of the land. statutes Codes, rules, regulations, policy and statutes are NOT LAW." (Self v. Rhay, 61 Wn 2d 261); they are the law of government for internal regulation, not the law of man.

"It (the legislature or statutory laws) may not violate constitutional prohibits or guarantees OR AUTHORIZE OTHERS TO DO SO." Lockard v. Los Angeles 33 Cal2d 553; Cert den 337 US 939.

U.S. Const., Art. VI, cl. 2; Maryland v Louisiana, 451 US 725, 746; 101 S Ct 2114; 68 L Ed 2d 576 (1981) reveals that, "Where a state statute conflicts with, or frustrates, federal law, the former must give way."

""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and <u>not in a judicial capacity</u>; courts administrating or enforcing statutes <u>do not act judicially</u>, but merely ministerially....but <u>merely act as an extension as</u>

<u>an agent for the involved agency</u> -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

Judge Rivera is not a judge at all, as the court prescinct 1 is in fact a corporation. The following is the dunn and bradstreet DUNNS NUMBER for the Judiciary Courts of Texas, 556451318.

.judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762,

"An officer who acts in violation of the Constitution ceases to represent the government".  Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;


"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -

Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972,

345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed

309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct.

1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

"In arriving at our decision in this matter we do not depart in any way from our

holding in Huendling v. Jensen  [*300]  that the doctrine of judicial immunity

extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly

without jurisdiction, civil liability attaches for his malicious and corrupt abuse of

process and his willful and malicious oppression of any person under the pretense

of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and

authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

"Kangaroo court. Term descriptive of a sham legal proceeding in which a person's

rights are totally disregarded and in which the result is a foregone conclusion

because of the bias of the court or other tribunal." Black's Law Dictionary, 6th

Edition, page 868,

Color" means "An appearance, semblance, or simulacrum, as distinguished from that

which is real. A prima facia or apparent right. Hence, a deceptive appearance, a

plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also

colorable." Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]


"Colour, color. Signifies a probable plea, but which is in fact false…" Tomlin's Law

Dictionary 1835, Volume 1

"My opinion is and long has been that the mayor and aldermen of a city corporation,

or the president and directors of a bank, or the president and directors of a railroad

company and of other similar corporations, are the true parties that sue and are sued

as trustees and representatives of the constantly changing stockholders…. A

corporation, therefore, being not a natural person, but a mere creature of the mind,

invisible and intangible, cannot be a citizen of a state, or of the United States, and

cannot fall within the terms or the power of the above mentioned article, and can

therefore neither plead nor be impleaded in the courts of the United States." Rundle v

Delaware & Raritan Canal Company 55 U.S. 80 (1852) [emphasis added]


Texas Constitution > Article I > Current Section19

Adopted February 15, 1876:

No citizen of this State shall be deprived of life, liberty, property, privileges or

immunities, or in any manner disfranchised, except by the due course of the law of

the land. This prescint 1 court is using military law (statutes) and military flags in a

military court against I am a public minister, and have  formed a church which

invokes diplomatic immunity that Judge Rivera pierced such diplomatic immunity.

There is no Enacting Clause enabling Defendants to pursue Plaintiffs house and

property. An enacting clause is the constitutionally required portion of a bill which

formally expresses the intent that it become law.


Shapiro v. Thompson, 394 U.S. 618, 629–31, 638 (1969); Dunn v. Blumstein, 405 U.S.

330, 338–42 (1972); Memorial Hospital v. Maricopa County, 415 U.S. 250 (1974);

Jones v. Helms, 452 U.S. 412, 420–21 (1981). *See also* Oregon v. Mitchell, 400 U.S.

112, 236–39 (1970) (Justices Brennan, White, and Marshall), and id. at 285–92

(Justices Stewart and Blackmun and Chief Justice Burger). "An officer who acts in

violation of the Constitution ceases to represent the government". Brookfield Const.

Co. v. Stewart, 284 F. Supp. 94


It shall be unlawful for any governmental authority, or any agent thereof, or any

person acting on behalf of a governmental authority, to engage in a pattern or

practice of conduct by law enforcement officers or by officials or employees of

any governmental agency with responsibility for the administration of juvenile

justice or the incarceration of juveniles that deprives persons of rights, privileges,

or immunities secured or protected by the Constitution or laws of the United States. Defendants are using statutes to deprive Plaintiff of Property protected by the constitution.

a violation under color of law in violation of TITLE 18, U.S.C., SECTION 242 which says:

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. Defendants are attempting to deprive Plaintiff of her rights under color of law in violation of TITLE 18, U.S.C., SECTION 241 which says:

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;...(Plaintiff was enjoying the right to travel not operating in commerce)

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to

commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. "Statutes apply only to state created creatures known as corporations no matter whether [creatures of statute and offices of] state, local, or federal [government])" (Colonial Pipeline Co. v. Traigle, 421 US 100. (1975). Texas Statutes, codes are un constitutional, see:

"A **statute** will not be presumed to have extra territorial effect... outside the [territorial] jurisdiction of the legislature... over persons residing outside the (territorial) jurisdiction of the legislature." (Bond v Jay, 7 Cranch 350, 3 L Ed 367). Plaintiff is NOT a resident of the United States, and was visiting Minnesota.

"The Common Law is the real law, the Supreme Law of the land. Codes, rules, regulations, policy and **statutes are NOT LAW**." (Self v. Rhay, 61 Wn 2d 261); they are the law of government for internal regulation, not the law of man.

"It (the legislature or statutory laws) may not violate constitutional prohibits or guarantees OR AUTHORIZE OTHERS TO DO SO." Lockard v. Los Angeles 33 Cal2d 553; Cert den 337 US 939.

U.S. Const., Art. VI, cl. 2; Maryland v Louisiana, 451 US 725, 746; 101 S Ct 2114; 68 L Ed 2d 576 (1981) reveals that, "Where a state **statute** conflicts with, or frustrates, federal law, the former must give way."

Weimer v Bunbury, 30 Mich 291; 1874 Mich. LEXIS 168 (1874) reveals that "The Bill of Rights in the American Constitution has not been drafted for the introduction of new law, but to secure old [already existing] principles against abrogation or violation." To disregard Constitutional law, and to violate the same, creates a sure liability upon the one involved: Police officers may be held personally liable for damages based upon actions taken in their official capacities." Defendant

Hafer v. Melo, 502 U.S. 21 (1991). NO ONE is bound to obey an unconstitutional law and NO COURTS are bound to enforce it. Indeed, insofar as a **statute** runs counter to the fundamental law of the land, it is superseded thereby. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no

one; if any person acts under an **unconstitutional statute**, he does so at his peril and must take the consequences. Pg. 403 - 405 16Am Jur 2d., Const. Law Sec. 70:

A "**Statute' is NOT Law**," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248), If the U.S. Supreme Court acknowledged the authority of the common law Grand Jury (U.S. v. Williams), why would any State have authority to counter that opinion? The common law is superior to all **statutory** law, and we must only invoke it in the right way to have superior standing. We need to stop putting the common law and the Grand Juries underneath their inferior **statutory laws**. WE THE PEOPLE (singular AND plural) have the Ultimate Authority! per

American Jurisprudence 2nd 1964 vol. 16 CONSTITUTIONAL LAW § 177 Generally statute leaves the question that it purports to settle just as it would be had the statute not been enacted. Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it. A contract which rests on an unconstitutional statute creates no obligation to be impaired by subsequent legislation.

"If there should happen to be an irreconcilable variance between the two, **Constitution is to be preferred to the statute**." (A. Hamilton, Federalist Papers #78 See also Warning V. The Mayor of Savannah, 60 Georgia, P.93; First Trust Co. v. Smith, 277 SW 762. Marbury v. Madison, 2 L Ed 60; and Am.Juris. 2d Constitutional Law section 177-178).

Defendants have violated Plaintiffs rights under color of law under USC TITLE 42 SECTION 1983 Section 1983 provides:

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within **the** jurisdiction thereof t

o the deprivation of any rights, privileges, or immunities secured by the Constitution a nd laws, shall be liable to the party injured in an action at law, suit in equity, or other p roper proceeding for redress. Defendants are using color of law to assault Plaintiff causing harm to Plaintiff. See: "All codes, rules and regulations are applicable to **the government authorities only**, not Human/Creators in accordance with God's laws. **All codes, rules and regulations are unconstitutional and lacking in due process...**" RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985). Defendants are using unconstitutional statutes codes against Plaintiff.

 **Defendants** are enforcing statutes and codes for the corporation.. This Court Prescinct 1 is a private corporation for profit. This corporation has registered with www.dunnandbradstreet.com and manta.com and has duns numbers. This is a direct violation of Rundle v. Delaware & Raritan Canal Company, 55 U.S. 14 How. 80 80 (1852) says a corporation cannot sue or contend with the living man.

Defendants are conspiring with each other  to violate Plaintiffs rights, under color of law, in violation of plaintiffs rights.  Defendants have conspired together under color of law to deprive Plaintiff of his rights, and stolen his house under color of law.

No member of this state shall be disfranchised or deprived of any of the rights or privileges secured to any citizen thereof, unless by the law of the land or the judgment of his peers. There shall be neither slavery nor involuntary servitude in the state otherwise than as punishment for a crime of which the party has been convicted. The law of the land is the constitution, not statutes and codes: see Hill, Gerald and Hill, Kathleen. Nolo's Plain-English Law Dictionary (2009): "The body of rules, regulations, and laws that govern a country or jurisdiction. The United States Constitution declares itself 'the supreme law of the land.'" Blacks Law Dictionary, p. 1020 (10th ed. 2014) (defining law of the land as "The law in effect in a country and applicable to its members, whether the law is statutory, administrative, or case-made.") Black, Henry. A Law Dictionary, page 704 (West Publishing 1910): "The law of God and the law of

the land are all one; and both preserve and favor the common and public good of the land" Jurow, Keith. "Untimely Thoughts: A Reconsideration of the Origins of Due Process of Law", 19 American Journal of Legal History 265 (1975): "Coke was trying to show that only the common law was the law of the land...."

No person shall be held to answer for a criminal offense **without due process of law**, and no person shall be put twice in jeopardy of punishment for the same offense, nor be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty or **property** without due process of law. All persons before conviction shall be bailable by sufficient sureties, except for capital offenses when the proof is evident or the presumption great. The privilege of the writ of habeas corpus shall not be suspended unless the public safety requires it in case of rebellion or invasion. Plaintiff was denied a trial in a common law court of record, due process of law, and was forced to make a special appearance in a military court instead. The prescinct 1 court Plaintiff attended is a military court, see: army manual courts martials ar-840-10, the gold-fringed flag only stands inside military courts that sit in summary court martial proceedings against civilians and such courts are governed in part by local rules, but more especially by "The Manual of Courts Martial", U.S., 1994 Ed., at Art. 99, (c) (1) (b), pg. IV-34, PIN 030567-0000, U.S. Government Printing Office, Wash. D.C.. The court of Minnesota is using military statutes codes against Plaintiff.

"As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793. Defendants have zero standing, and requires a certificate of assumed name to operate in court. Also see... "Without standing, there is no actual or justiciable controversy, and courts will not entertain such cases. (3 Witlen, Cal. Procedure (3rd ed. 1985) Actions § 44, pp 70-72.) "Typically, ... the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff

*is entitled to an adjudication of the particular claims asserted." (Allen v. Wright, (1984)* 468 U.S. 737, 752... Whether one has standing in a particular case generally revolved around the question whether that person has rights that may suffer some injury, actual or threatened." Clifford S. v. Superior Court, 45

Judge Rivera has no standing in court January 3, 2015 ·.

Hale v. Henkel 201 U.S. 43 at 89 (1906) the Decision of the United States Supreme Court states: "The"individual" may stand upon "his Constitutional Rights" as a CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to ...

Scherer  in the State Court Action against against terrell, Scherer is responsible to prove jurisdiction, and the Court cannot determine its own jurisdiction, see supreme court decisions: Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided. " <u>Basso v.</u> Utah Power & Light Co. 395 F 2d 906, 910

"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp. 478 So. 2D, 368. Fla a DCA 1985)

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medica1 Examiners 94 Ca 2d 751. 211 P2d 289

"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215

"Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff." Loos v American Energy Savers, Inc., 168 I11.App.3d 558, 522 N.E.2d 841(1988)

"the burden of proving jurisdiction rests upon the party asserting it." Binde11 v City 0f Harvey, 212 I11.App.3d 1042, 571 N.E.2d 1017(1st Dist. 1991)

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper,102 F. 2d 188; Chicago v. New York 37 FSupp. 150

"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is necessarily the exercise of jurisdiction." RHODE ISLAND MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838).

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739

"a universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property," Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8: 331 US 549, 91 K, ed, 1666m 67 S, Ct, 1409

"A departure by a court from those recognized and established requirements of law however close apparent adherence to mere form in methods of procedure which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907)

"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F 2d 416

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27.

"the fact that the petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." Monroe v.Papa, DC, Ill. 1963, 221 F Supp 685.

"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)

"if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed. "Norman v. Zieber, 3 Or at 202-03.
Also see… "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U. S. 538 (1974)

Defendant Judge Mary Ann Rivera  has a title of nobility. See blacks law dictionary 4th edition which says the definition of an esquire is a "title of nobility granted by the crown of England" Ballentines law dictionary 3rd edition says Esquire is a term applied to Barristers", and Barrister, an English barrister who is privileged to plead in the BAR", Judge Rivera  is obviously a foreign agent for the Crown of England, and the private club called the TEXAS BAR ASSOCIATION a private corporation for profit. This is in direct violation of the 1st amendment which says no titles of nobility allowed in America, and in violation of the original 13th amendment which also says no titles of nobility allowed. The Foreign Agent Registration Act of 1938 requiring all foreign agents to register with the Secretary of State of TEXAS. A search of this website yielded zero results of such registration. The TEXAS. BAR

ASSOCIATION is a private corporation. The STATE OF TEXAS. is a Private corporation. Defendants have brought a simulated legal process to deprive Plaintiff of property in a kangaroo court

"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762,

and when a Judge becomes a Clerk working for the prosecutor, he is NOT acting in his official capacity, but is acting in his private capacity,

"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

and he cannot do anything judicial

"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1, and further,

therefore any so-called order the Clerk (masquerading as a Judge) issues, is a fraud and a nullity, like a warrant for arrest, is a fraud and a nullity, and a fine is a fraud and a nullity, and he is fully liable in his personal capacity, and has no judicial immunity

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -

"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen  [*300]  that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

The prescinct 1 court is a kangaroo court. "Kangaroo court. Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal." Black's Law Dictionary, 6th Edition, page 868,

"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the apparent authority of law but actually in contravention of law." Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added]

"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."  Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

"Colour, color. Signifies a probable plea, but which is in fact false..." Tomlin's Law Dictionary 1835, Volume 1

"By metaphysical refinement in examining the form of our government it might be correctly said that there is no such thing as a citizen of the United States. A citizen of any one of the states of the Union is held to be and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300, [emphasis added]

The Constitution has undoubtedly conferred on Congress the right to create such municipal organizations as it may deem best for all the territories of the United States, whether they have been incorporated or not, to give to the inhabitants as respects the local governments such degree of representation as may be conducive to the public wellbeing, to deprive such territory of representative government if it is considered just to do so, and to change such local governments at discretion." Downes v Bidwell 182 US 244

"My opinion is and long has been that the mayor and aldermen of a city corporation, or the president and directors of a bank, or the president and directors of a railroad company and of other similar corporations, are the true parties that sue and are sued as trustees and representatives of the constantly changing stockholders.... A corporation, therefore, being not a natural person, but a mere creature of the mind, invisible and intangible, cannot be a citizen of a state, or of the United States, and cannot fall within the terms or the power of the above mentioned article, and can therefore neither plead nor be impleaded in the courts of the United States." Rundle v Delaware & Raritan Canal Company 55 U.S. 80 (1852) [emphasis added]

The Constitution for the United States of America requires that lawful Article III Judges be provided

"ART. III. § 1. The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behaviour; and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

The prescinct 1 court is not an article 3 court. § 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the

United States, and treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers, and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party;- to controversies between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming lands under grants of different States, and between a State, or the citizens thereof and foreign States, citizens or subjects." 1 Stat. 17-18,

COUNT 1- Deprivation of Constitutional Rights under color of law, Violation of United States Code Title 42, Section 1983 Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. Defendants stole my house under color of law.

COUNT 2, violation of United States Code Title 18, Section 241, 242, Defendants Together stole my land under color of law, two or more involved, If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the

highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

COUNT 3 -violation of United States Code Title 18 Section 1964C Persons injured by reasons of a RICO violation have a civil cause of action under the terms of the act. 18 U.S.C. §§ 1962(c), 1964(c) provides for liability in civil suits brought by any person injured 'in his business or property' by a RICO violation, with a compulsory award of treble damages, costs, and attorneys fees and makes it unlawful for 'any person' who is employed by or associated with 'any enterprise' affecting interstate commerce to 'participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity. Section 1964(c) requires "a RICO plaintiff to make two related but analytically distinct threshold showings . . .: (1) that the plaintiff suffered an injury to business or property; and (2) that the plaintiff's injury was proximately caused by the defendant's violation of 18 U.S.C. § 1962."   Defendants stole Plaintiffs land, house, as a corporation for profit.

COUNT 4- ASSAULT OF PUBLIC MINISTER WITH DIPLOMATIC IMMUNITY 18 U.S.C. § 112(a) prohibits assaults against foreign officials, official guests, and internationally protected persons (IPPs), and attacks upon the official premises, private accommodations, or means of transport of such persons. The provision also embraces attempts to commit such offenses. By its terms, § 112(a) neither requires proof of injury nor intent to injure a protected person. *See United States v. Gan*, 636 F.2d 28 (2d Cir. 1980), *cert. denied*, 451 U.S. 1020 (1981). Defendants were properly noticed of the Church of the Republic, Sam Houston, yet Defendants ignored Diplomatic Immunity and stole Plaintiffs house, Constable Meyer ordered Plaintiff out of the house, armed with a pistol, Plaintiff left the

house in fear for his life. Constable had been noticed that this house at 102 Tanglewood was a Church Foundation, Meyer ignored this fact and pierced Plaintiffs diplomatic immunity under color of law. Defendant Joe Wall is an attorney hired by Scherer to assist on the stealing of Plaintiffs land and house.

## PRAYER FOR RELEIF

Plaintiff prays that the court order the defendants pay him $30,000,000 in lawful money to compensate her for damages caused to her by their unlawful stealing of my house under color of law.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

todd-allen:terrell

in care of 102 tanglewood,

victoria, on the land texas

361-363-0170

DECLARATION OF SELF SUPPORTED HUMANITARIAN CHURCH

FOUNDATION

for the formation of:

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

AN UNINCORPORATED ORGANIZED SELF SUPPORTED

CHURCH HUMANITARIAN HEALTH FOUNDATION

A SISTER FOUNDATION UNDER THE

BATANGYAGIT CHURCH FOUNDATION

Dated: November 07, 2016

EIN 46 3222238

Comes now todd-allen:terrell now notify    this court of the formation of this
church of the republic, sam houston,    I now testify that I will serve the church of
the Republic Houston Sam Houston with all of my capabilities and will serve any
and all members to the fullest of my capabilities Constable Jeff W Meyer precinct
1 eb-1 21-18 one case number if you are now notified that this is not a church if
you  step foot on this property you will be violating a church public ministers
diplomatic immunity.

*exhibit*

*A*

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

## WHAT IS A CHURCH RELATED FOUNDATION?

A Church/Foundation is not necessarily a building or even a congregation. A church is simply a religious establishment consisting of two or more people. It can be an artificial entity or what might be called: a legal fiction, which anyone, including you, may create or establish. The Church Foundation may or may not have buildings, ceremonies, a creed, robes and/or vestments, or whatever. You do NOT have to reveal to anyone the sum total or substance of the religion, and/or the Church/Foundation, which you establish. (See Words and Phrases at your local law library for the legal definition and scope of the following words: Church, Foundation, Clergy, Ordination, Religion, Ceremonies, etc.) Let it be known that I katrina cannon intend to serve our members with due diligence to protect them from all assaults from foreign jurisdictions in claims or torts, brought by any Esquire, in a military court flying military flags with gold fringes on three sides, topped with Caesars Roman Eagle under Roman Curia Law to serve as Public Minister under Church Doctrine of the Holy Bible as found in the Dead Sea Scrolls,

Let it be known to all men that none of the members of this foundation are United States Federal Corporation Citizens, nor Residents of any city, county, State, Province, Without Washington District of Columbia, its territories, Jurisdiction, non-Persons, Non Fictitious Entities, non-Individuals, we are creations of our Heavenly Father through his Son Yashua. The immigration policy and Supreme Court Decisions clearly say that to become a Citizen of the United States you have to swear an oath to the United States. We have not done that. We refuse to contract with any court.

Exempt organizations

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

The "church" and its auxiliaries and "organization" is tax exempt entity USC (IRS code). The code expounds on what the IRS has held concerning the Code taking into consideration court cases rulings etc

A United States Supreme court case, Everson vs. Board of Education 330 US 203.91, LEd 2nd 7112 gave us a decision that held that the 'establishment of religion' of the First Amendment means this: Neither a state nor the Federal Government can set up a church. Neither can they pass laws which aid one religion, aid all religions, or prefer one religion over another. Neither can they force nor influence one to go to or to remain away from a church [Foundation] against their will or force him to profess a belief or disbelief in any religion. No one can be punished for entertaining or professing religious beliefs or disbeliefs, for church [Foundation] attendance or nonattendance.

In Title 26 of the United States Code and Income Tax Regulations - June 26, 1977 Edition: published by Commerce Clearing House Section 1.511-2(ii) volume 1, page 33=471, 4722 and in the Law of Tax Exempt Organizations by Bruce Hopkins, page 107, it states: The term "Church" [Foundation] includes a religious order to a religious organization if such order or organization (a) is an integral part of a church, and (b) is engaged in carrying out the functions of a church, whether as a civil law corporation or otherwise. (Note, "or otherwise" you do NOT have to be incorporated and thus become a creation of the Government.)

Should you incorporate, (501 c-3) or should you remain unincorporated? Should you become public, or should you remain private? The official IRS Audit Guide Section 242.31 states that "the privilege against self-incrimination under the Fifth Amendment does NOT apply to corporations. The theory for this is that the

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

State, having created the corporation (and therefore the entity is "public"), it therefore has reserved the power to inquire into its operation and activities. If it created it, then it can control it which is why all those pastors got arrested for not shutting down during covid. Good luck trying that with us, we will have the United States Marshalls on site immediately to resolve the violations of diplomatic laws, someone is going to jail and I don't think it will be any of our members.

Now, if we truly subscribe to the doctrine of "Separation of Church and State", we should sincerely give the question on this matter our full attention. Do you want the State to control your Church/Foundation's affairs? Do you want your Church/Foundation's affairs to be public, or do you want to keep them private? Should a Church/Foundation be "set up" and "controlled" by God, or should it be set up and controlled by man? All those church members in a 501-c-3 church members are tithing to the United States Corporation, are paying tithes to the United States Corporation Churches. I propose these are synagoges of Satan, as Christians practice Pagan worship by attending Christ Mass, Easter Mass, do not honor sabbath, changed His Name to Jesus, Esus being a god they sacrifice children to, Santa eats children, easter Sunday is to worship Ishtar, goddess of fertility dipping eggs in the blood of children, bringing in to their houses trees decorating them with gold silver lights, happens December 25 was the worship of moloch who they sacrifice to him.God gave us the Right to make a choice on how a Church/Foundation is set up and the United State Supreme Court agreed. Not only do we have the freedom of religion, but also we have the freedom to make a choice of how the Church/Foundation is set up.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

## RELIGIOUS FREEDOM, A NATURAL RIGHT

The first amendment of the United States of America's Constitution reads as follows: "Congress shall make NO LAW respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievance."

Some people use the 14th Amendment in their argument for religious freedom, but the truth of the matter is that the 14th Amendment does not add anything to the first ten. Since a "natural right" only comes from God, and "privileges" come from man, and since "person" can mean an artificial entity, (not a human), then the 14 Amendment should have no bearing on our natural right for religious freedom. In all reality, the 14th Amendment deals with "persons", not "we the people". It also only deals with privileges NOT with "natural God given rights". Therefore, we will not discuss the 14th Amendment any further. WE ARE NOT 14TH AMENDMENT CITIZENS

What we must stay focused on is that we have the NATURAL RIGHT to freedom "FROM" religion. Remember it was "religion" that caused the Jewish leaders to hate what Jesus represented (freedom). NO law FOR, AGAINST or OTHERWISE can ever be made with regard to the "Church", as it exists under the Supreme Law of the Land, within a LEGAL NULL. There is NO LAW AT ALL respecting an establishment of religion or the free exercise thereof.

The RIGHTS (not privileges) spoken of here, in the first to ninth Articles (the 1791 BILL OF RIGHTS), are personal rights, fought and paid for, by the sacrifice of human life - our ancestors. These laws - rights, as well as the entire Constitution for the United States of America, are in fact, the Supreme Law of the Land. The

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

Supreme Court for the United States of America has addressed itself to this fact and holds the following opinion: "Any law opposed to the Constitution of the united States of America is void ab inito."

In fact, this doctrine is so important that I will include it here: "The general rule is...that an unconstitutional statute, though having the form and name of law, is in reality NO LAW, but is wholly void, and ineffective for any purpose, since unconstitutionally dates from the time of its enactment and not merely from the date of the decision so branding it an unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it. A contract which rests on an unconstitutional statute creates no obligation to be impaired by subsequent legislation. A void act cannot be legally inconsistent with a valid one. And an unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental laws of the land, it is superseded thereby. Since an unconstitutional statute cannot repeal or in any way affect an existing one, if a repealing statute is unconstitutional, the statute which it attempts to repeal remains in full force and effect. The general principles as stated above apply to the constitutions as well as the laws of the several states insofar as they are repugnant to the Constitution and the Laws of the United States. Moreover, a constitution that will nullify is as effectual as if it had, in express terms, been enacted in conflict therein".

Summary: From this, it established by the Supreme Law of the Land, that NO LAW for, because of, against, or otherwise is possible regarding religion, NO LAW IS NO LAW AT ALL! The Church/Foundation exists in a legal null created

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

only by Christ Himself. It is therefore protected under the Supreme Law of the Land, the Constitution for the United States of America. "The Common Law is the real law, the Supreme Law of the land. Codes, rules, regulations, policy and statutes are NOT LAW." (Self v. Rhay, 61 Wn 2d 261); they are the law of government for internal regulation, not the law of man. "It (the legislature or statutory laws) may not violate constitutional prohibits or guarantees OR AUTHORIZE OTHERS TO DO SO." Lockard v. Los Angeles 33 Cal2d 553; Cert den 337 US 939. U.S. Const., Art. VI, cl. 2; Maryland v Louisiana, 451 US 725, 746; 101 S Ct 2114; 68 L Ed 2d 576 (1981) reveals that, "Where a state statute conflicts with, or frustrates, federal law, the former must give way." Weimer v Bunbury, 30 Mich 291; 1874 Mich. LEXIS 168 (1874) reveals that "The Bill of Rights in the American Constitution has not been drafted for the introduction of new law, but to secure old [already existing] principles against abrogation or violation. "Insofar as a statute runs counter to the fundamental law of the land, (constitution) it is superseded thereby." (16 Arn Jur 2d 177, Late Arn Jur 2d. 256)"...all laws which are repugnant to the Constitution are null and void" (Marbury v Madison, 5 US 1803 (2 Cranch) 137, 174, 170).


## RULES WITH RESPECT TO 501 (C) (3) ORGANIZATIONS

IRS code section 501 (C) (3)- list of exempt organizations, foundations and establishment organization etc. organized and operated exclusively for religious purposes (the Church and its auxiliaries) Restrictions- no part of the net earnings of which insurers to the benefit of any private shareholder or individual no substantial part of the activities of which is carrying on propaganda or otherwise attempting to influence legislation and which does not participate in, or intervene in (including the publishing or distributing of statements) any political campaign on behalf of any

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

candidate for public office.  Regulation 1.501 (a) (1)- exemption from taxation section 501 (a) provides an exemption from income taxes for organizations which are described in section 501(c) (volume 1) page 33, 431)

Therefore, we see from the above information that the church exists as an exempt organization under the laws of the United States of America that is the church and its auxiliaries and not the person or individuals who establish it

Under Code 508 (a) it states: "New organizations must notify the secretary that they are applying for recognition of 501 (c) (3) status, EXCEPT as provided in Subsection (c).' Found in Code 508 (c) (1), 'Exceptions - mandatory exceptions - subsection (a), shall not apply to - (A) Churches, their integrated auxiliaries, and conventions or Foundations of churches."

Therefore, even the "Code" provides that the "Churches AND their auxiliaries"

DON'T HAVE TO NOTIFY THE SECRETARY THAT THEY ARE APPLYING FOR RECOGNITION OF EXEMPT STATUS!

RETURNS BY EXEMPT ORGANIZATIONS

We can see from the above under the NO LAW concept of the First Article that: The Church is exempt by right and does not have to petition any government agency for recognition of exempt status. In fact, as stated in the above paragraph, the law (Section I, Code 508 - I (a) (4), the Church Foundation is exempt whether it files or not. The question remains: When every other organization and private person is allegedly required to file an annual tax return, does the church also have to file?

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

IRS Code Section 6033 (a) exempts religious organizations from the need for filing returns of ANY KIND!

IRS Code Section 6033 (a) (2) (A) - Mandatory Exceptions - Paragraph (I) shall not apply to - (i) churches.

IRS Code Section 6033 (a) (2) (A) (i) provides for mandatory exceptions to filing requirements for religious organizations and states that filing requirements shall not apply to "churches", their <u>integrated auxiliaries,</u> and conventions or <u>Foundations</u> of churches.

The definition of <u>integrated</u> means a part of a whole. The definition of <u>auxiliary</u> means a part that is helping or assisting another part. Since a self-supported Foundation is definitely a part of the church, which is also assisting the church, it stands to reason that a self-supported Foundation would therefore qualify as an integrated auxiliary to the Church.

We can now be sure that we can establish our church or self-supported Foundation and operate this organization without any liability to any agency (as far as establishment of recognition of exempt status is concerned); as well as, how we are also legally exempted from filing any return with any government agency for any reason. (No law is, no law!)

## DISSOLUTION or TERMINATION

People are no more than the sum total of what they think, say and do. Let us say, because of who we are and where we are emotionally, spiritually, academically, financially, and personally, we can no longer live with or otherwise support our involvement in the church and/or the Foundation. Is there any requirement for the person, people who establish and operate a Church/Foundation to notify ANY

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

government agency of a dissolution, termination, or substantial contraction of their Church/Foundation?

In terminating the Church/Foundation's existence, there is a form published just for that action. The number of the form is Form 966 0 E. It addresses Title 26 USC Section 6043 (b) and the responsibility thereunder. The title of this form is Liquidation, dissolution, termination, or substantial contraction of organizations exempt or formerly exempt under church or Foundation, The "Public Minister's" ministerial authority does NOT cease even though they are no longer tied to the initial religious entity.

The state or federal government has no say whatsoever in the internal affairs of the Church/Foundation. The form of the ordination and the ceremony means very little when we take into consideration all the other religious organizations in this world. The "rites" of one religious body are considered just as credible as any other       religions today. In any case, Directors should not look for personal gain, but for a church or Foundation that will grow and develop other churches and ministries. The second step is choosing  Elder's independent of the Executive and Managing Patriarch . This may take time and it is something that should not be done in haste or taken lightly. The Church Foundation can, and will function perfectly without a full Board of Patriarch's.

The Patriarch's may then choose the paths and methods of how they want to proceed with the Church/Foundation. They have the ability to open a bank account and acquire an EIN# from the IRS, for banking purposes only!

All individual property can receive protection if it is transferred/given to the Church/Foundation, including vehicles, planes, real estate, etc. The Church/Foundation is allowed to purchase property, and since the church is self-

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

supporting, it should have some means of providing funds for its growth. These funds are in no way a profit, It is only to be used for the Church/Foundation's growth. The Church/Foundation operates generally on a tax-exempt basis. This is, exempt from property tax, exempt from state sales tax and state income tax. There is also an exemption from Federal Withholding, FICA and FUTA taxes for its "ministers"/"missionaries" (see IRS publication 15 circular E), exempt from Retail Federal Excise Tax and finally, exempt from Federal Income Tax on its exempt purposes (see IRS publications 598 and 1018)

The state or federal government has no say whatsoever in the internal affairs of the Church/Foundation. The form of the ordination and the ceremony means very little when we take into consideration all the other religious organizations in this world. The "rites" of one religious body are considered just as credible as any other religion's today. In any case, Elder's should not look for personal gain, but for a church or Foundation that will grow and develop other churches and ministries. The Bible say's where any two or more are gathered in my name, there I will be also, the foundation follows this doctrine. Any meeting is when 2 or more people "congregate" for a religious purpose. It is necessary to keep minutes of the meetings and any changes are made by resolution (order), voted on and passed by the Board of Elder's. The record is of those items which received a majority vote in the meetings and are necessary for the function of the Church/Foundation. On the record, the vote is recorded in the minutes.  The Church/Foundation may receive "income" in the form of donations. It may also receive any form of "passive investment" such as: Real Estate, Stocks, Bonds, Mortgages or Bank Interest. It can "sponsor" any kind of fund raising events. The Church/Foundation does not have a requirement to file any type of tax return, not to state or federal government. What happens to the Church/Foundation's assets

when a Patriarch dies? The Church/Foundation never dies. Its property is still owned by the Church/Foundation. The Elders or patriarchs may appoint another to follow in the path of the one who has died. The Church/Foundation should have within its recorded minutes directions as to what will happen to the assets when this should happen. The decision as to what property they wish to place into the Church/Foundation? Anyone can put all or none. If the Church/Foundation wants to prove contributions/donations there is the ability to write a check from their personal checking account for the amount each month. Then at the end of the tax year, photocopy both the front and back of the checks and receipts. Attach the photocopies to your copy of Form 1040. How should any check be made out? Pay to the order of: Name of Church/Foundation. you set up the bank account notate on account will receive lawful money only. How should the checks be endorsed? Write the name of the Church/Foundation, then state "For Deposit Only." How many people can be members of the Church/Foundation and how few? You must have at least two for every Church/Foundation. You may have as many members in the Church/Foundation as you want. Elders, Patriarchs and members of the Church/Foundation can be a participant of another Church/Foundation, if they wish to. There is no law for or against being a participant of as many church/ministries as you want. The Church/Foundation can pay for trips, (vacations) food, entertainment, clothing and other property, In the record, the minutes, of the meeting must reflect the vote of the Elders for payment required.

WHAT YOU CAN DO WITH YOUR "SELF-SUPPORTED FOUNDATION" A list of things one's "Self-Supported Foundation" (SSF), can do that might help us ascertain the value of having our own SSF? This is a written "Declaration of Self-Supported Foundation" of an un-incorporated organized Church/Foundation as the "otherwise" described in Title 26 USC (IRS Code).

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

1.     Operate in complete privacy. Since the SSF is not incorporated, it is a private, lawful entity that is the "exception" rather than being "exempt" from regulation regarding entities controlled by the government. Therefore, you operate in complete privacy.

2.     Receive an income tax deduction. All donations made to your SSF from yourself, friends, relatives, clients, patients and fund raising events are fully deductible from the donor's taxes as provided by law.

3.     Remove assets from other taxation. All gifts (donations), to your SSF are removed from Estate, Gift and Capital Gains tax exposure.

4.     Receive donations or gifts of all kinds of assets. Your SSF may accept donations of all kinds of assets. (Real property, vehicles, boats, planes, clothing, furniture and money.)

5.     Receive funds from deferred gifts. Your SSF may receive donations from wills, trusts, life insurance or any other deferred gift.

6.     Assets placed into a SSF are Immune from liability of lawsuits.

7.     Reduce you own personal tax liability. By placing your "income" into your SSF, your own personal tax liability will be reduced. This can be done by having your employer make the payroll checks out in the name of the SSF or wire the funds directly to the SSF's bank account.

8.     Reduce your business's tax liability. By making the SSF the lawful owner of most of the stock or ownership in an existing business, your business's tax liability will decrease.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

9.      Open bank accounts all over the world. There is no need to have an "off-shore" trust or corporation since a SSF is allowed to exist all over the globe

10.     Gifting to other Countries. U.S. Taxpayers cannot deduct gifts to overseas charitable projects unless they do so through another charitable entity such as the SSF.

11.     Personal compensation for the work you do. A SSF is allowed to provide for the payment of anyone that works for it. This can be done by using the "Workers Contract" provided.

12.     Allow your SSF to make the payment for all expenses. All expenses that are required for the operation and growth of the SSF are allowed, Yes, you can have the SSF pay for all of your transportation, clothing, food, and shelter. (Remember, you are working for God now.)

13.     Bank accounts are private. The checking account set up for the SSF does not have any social security number associated with it. However, the bank may want to check your own social security for personal identification only. Every bank should open up an account without having any 'DBA" associated with it. Remember, the SSF is not a business in the commercial world.

14.     You are in control. Since there is no "trustee" or "office of the president" involved in the SSF, you can be directly involved with all of the legal transactions regarding the SSF.

15.     No ending date for the SSF. The SSF does not have a date where it comes to an end, There is no ending date for any reporting because there is nothing to report.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

16.    Non-political. The SSF is not political in any manner even though it may be "created" by contract somewhere in the united states of America, However, the SSF may write or verbally 'report" to others regarding the truth or opinion of any matter going on world-wide.

17.    May be funded or supported by other businesses. Since the SSF is just that--a SELFSUPPORTED Foundation—to survive, it must be supported/financed by activities that make a profit. This may be done by having some or all of your "supporting business" profits go directly into the account of the SSF. In fact, the SSF itself can, and should have activities that support itself. Remember, the SSF is SELF-SUPPORTED!

18.    Not regulated by the Government for corporations. Remember the Amish? They can build what they want on their property without "code enforcement" from the government. They do not need licenses to operate. They are left alone by the government. The SSF should be operated just like they operate their "work". If they can do "it", then the SSF can do "it".

19.    Your self-esteem. Your light should shine among men so that they might see what you do. If everyone who calls himself a Christian would have his own SSF, there would be a lot more money for the Church (God's people). Now you are actually working for God, rather than for "men". This will have a profound effect on one's attitude. After all, Christ said "Carry your OWN cross". We should not let someone else carry it. Now you are "giving" is not just a tenth. It is now EVERYTHING that you have, own, and will do. (Get the picture?)

20.    Your ability to influence your Children, Many who have a SSF enjoy the opportunity to impact their families by "leading by example" not only in the home,

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

but also in their church and community. You can now add "significance" to your lifetime of work,

21.    Other considerations. Perhaps the worst thing for an older person to have are assets, Many older people have had all of their hard earned assets levied on and actually had them taken (stolen) by the government by being admitted to a health care facility. If one is wealthy, the wealth can actually be "used" up quite fast and nothing will be left for their heirs. By placing all of their assets, ahead of time, into a SSF, they can now lawfully state that they do not "own" anything and can now be fully covered by federal and/or state coverage. (Medicare) If they need anything, the SSF can take care of them. The SSF can be managed by them until their designated successor takes over. Remember, the SSF does not die, It can "live" forever.

## DEFINITION OF A PUBLIC MINISTER

## CONSTITUTION FOR THE UNITED STATES OF AMERICA

## SECTION. 2.

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; to all Cases affecting **Ambassadors, other public Ministers and Consuls**; to all Cases of admiralty and maritime Jurisdiction; to Controversies to which the United States shall be a Party; to Controversies between two or more States; [between a State and Citizens of another State;]* between Citizens of different States; between Citizens of the same State claiming Lands under Grants of different States, [and between a State, or the Citizens thereof, and of foreign States, Citizens or Subjects.]†

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

From sicknesshope.com

The term "Public Minister" does mean: Public Ministers take rank, upon the date of the official notification of the existence of their intent to serve as a Public Minister, pursuant to the civilized laws governing, and provided for, such service. A Public Minister is a representative of one Judicial Jurisdiction, (law of the land common law) to a Judicial Jurisdiction of a foreign authority or power. Ministerial Power and Duty - the powers and the corresponding required duties associated with those powers:

A "Donee" is a member of the public who is invested with a power of appointment; the party executing a power; ideally, the true power of appointment to this office exists by the already proven devotion of the person, acting in the capacity of a Public Minister, to render legitimate service for his countrymen, generally the Public. Ministerial Power is the civilian or domestic counterpart of the Military Power. The finest well-known historical example of a Public Minister is Jesus Christ. "No greater love hath a man than that he would lay down his life for his friends."

Ministerial Powers are powers given for the general good, not exclusively, necessarily, or at all for the good of the Donee himself, but for the good of several parties, also including or not including the Donee. That is, these powers are for the good of the public, generally, and then indirectly for the Donee as a member of the public.

The powers and corresponding duties are called powers and duties because the Donee-Executor (public minister), of those powers and the corresponding

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

duties, is serving as a Minister or Public Servant in his exercise of those powers and duties.

The power and duty of the Public Minister rests upon the Law of Nations as well as upon Treaties. The primary duty of the Public Minister is the protection of the interests of his members. The establishment of Ministerial Power is character, not by governments.

The Public Minister's protection of the interest of the parties of the judicial jurisdiction represented; concerning that which the Public Minister protects. We invoke the Common Law of England in a court of record and the Constitution for the united states of America, and the Holy Bible as found in the dead sea scrolls et all including the Holy Book of Enoch.

Public Ministers are bound to see that the unknown or foreign authority laws of the jurisdiction wherein they officiate are properly administrated (common law in a court of record), so as to **protect the interests of their members**. Their official character as a Public Minister / Public Servant must be taken as sufficient evidence of authority to perform all of those acts that customarily, or by statute or code or common law, are entrusted to Public Ministers for performance, for example: 42 USC § 1986 and 18 USC § 4. (42 U.S. Code § 1986.Action for neglect to prevent crime) (18 U.S. Code § 4 - Misprision of felony)

Whoever, having knowledge of the actual commission of a felony cognizable by a <u>court of the United States</u>, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the <u>United States,</u> shall be fined under this title or imprisoned not more than three years, or both.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

The authority of a Public Minister to protect the estates and the rights of his countrymen within his judicial jurisdiction under the common law of England as adopted by the constitution, from loss or waste, is recognized by all civilized nations as inherent in the Office of Public Minister under the accepted Principles of International Law, and the tribunals have consistently given recognition to the power of a Public Minister, of a judicial jurisdiction foreign to the jurisdiction of the tribunal, to act as assistance of counsel to assert or defend the property rights as well as the personal rights of his members, irrespective of whether or not he has been accorded the right to represent them in tribunal by provision or otherwise.

Even in the absence of specific authorization to act as the personal agent of his nationals, and in the absence of a treaty, a Public Minister, duly recognized, has, under the Principles of International Law, the authority and the privilege to represent his fellow countrymen in the tribunals of the state/State, Admiralty military courts, etc.

A Public Minister is authorized to assert claims in behalf of his nationals, even where the claimants are unknown. However, he must have specific authority, by criminal statute or otherwise, before he can obtain actual restitution or proceeds.

The Public Minister, and all people generally, must always be aware of the fundamental foundational principle of human civilization:
Immunity of Public Minister – concerning that which protects a Public Minister.

The rule that tribunals have no jurisdiction over a foreign sovereign extends also to its Public Ministers. All State courts are a Tribunal under military law.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

In Public Law 1790, Statutes at Large 117, **Chapter 9, codified in 22 USC** Section 252, it is provided that whenever any **Writ or Process is sued out or** prosecuted by a person in any tribunal of **the United States or of a state, or State, or** by a Judge or Justice, whereby the person or any **Public Minister of a foreign** jurisdiction, or any foreign or domestic servant **of any such Minister is arrested or** imprisoned or his goods or chattels are distrained, seized, or attached, **such Writ of** Process shall be deemed void.

It is also provided that whenever a **Writ of Process is sued out in violation of** this prohibition, every person by whom the same is obtained or presented, **whether** as a party, or as attorney, or as solicitor, and every officer served **in executing it,** shall be deemed a violator of the **Laws of Nations and a disturber of the public** repose, he shall be subject to the penalty provided by **Law.**

Cornell school of law, legal information institute, See **Public Law 1948,** Chapter 645, 62 Stat 688, codified in 18 USC § 112, and **Public Law 1871, Chapter** 22 Sect 6, 17 Stat 15, codified in 42 USC § 1986. Ambassadors and Other Public Ministers. The term "am- bassadors and other public ministers," comprehends "all officers having diplomatic functions, whatever their title or designation." It was originally assumed that such offices were established by the Constitution itself, by reference to the Law of Nations, with the consequence that appointments might be made to them whenever the appointing authority—the President and Senate— deemed desirable. During the first sixty-five years of the Government, Congress passed no act purporting to create any diplomatic rank, the entire question of grades being left with the President. Indeed, during the administrations of Washington, Adams, and Jefferson, and the first term of Madison, no mention occurs in any appropriation, even of ministers of a specified rank at this or that

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

place, but the provision for the diplomatic corps consisted of so much money "for the expenses of foreign intercourse," to be expended at the discretion of the President. In Madison's second term, the practice was introduced of allocating special sums to the several foreign missions maintained by the Government, but even then the legislative provisions did not purport to curtail the discretion of the President in any way in the choice of diplomatic agents.

In 1814, however, when President Madison appointed, during a recess of the Senate, the Commissioners who negotiated the Treaty of Ghent, the theory on which the above legislation was based was drawn into question. Inasmuch, it was argued, as these offices had never been established by law, no vacancy existed to which the President could constitutionally make a recess appointment. To this argument, it was answered that the Constitution recognizes "two descriptions of offices altogether different in their nature, authorized by the constitution—one to be created by law, and the other depending for their existence and continuance upon contingencies known . Definition of contingent (Entry 2 of 2) 1 : a representative **group** : delegation, detachment a diplomatic **contingent**.

Contingent | Definition of Contingent by Merriam-Webster
( Of the first kind, are judicial, revenue, and similar offices. Of the second, are Ambassadors, other public Ministers, and Consuls. The first descriptions organize the government and give it efficacy. They form the internal system, and are susceptible of precise enumeration. When and how they are created, and when and how they become vacant, may always be ascertained with perfect precision. Not so with the second description. They depend for their original existence upon the law, but are the offspring of the state of our relations with foreign nations, and must necessarily be governed by distinct rules. As an independent power, the United

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

States have relations with all other independent powers; and the management of those relations is vested in the Executive."

From Wikipedia

## Public ministry of Jesus

<u>Public ministers</u> in Christian churches, such as pastors and priests. This term is used especially in State Churches or churches derived from State Churches, where the position is given a similar term as **Civil servants** and secular **officials**

territory, Federal Government, and are in fact living men and woman on the land, Republic of Texas, without the United States, and are creations of our Savior Yashua, the Son of God.

The Church members are not United States Citizens, nor Residents of any State, state, t

The Original and Exclusive

Jurisdiction of the United States Supreme Court

### WIENCZYSLAW J. WAGNER*

1. **The Original Jurisdiction of the Supreme Court: Exclusive and Concurrent** The scope of the original jurisdiction of the Supreme Court' is delimited by the Constitution itself. Art. III, Sec. 2 provides that: In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party, the Supreme Court shall have original Jurisdiction. Controversies in which the member states are parties; as they still retain their sovereignty or quasi-sovereignty, the Supreme Court assumes the role of a quasi-international tribunal and applies, in some instances, the principles of international law. The provisions of Art. III, Sec. 2 (2) are clear in that they do not leave any

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

power to Congress to limit the Court's original jurisdiction.' On the contrary, the appellate jurisdiction of the Court is subject to the regulations of Congress, by virtue of the next provisions of Art. III, Sec. 2 (2): In all the other Cases before mentioned, the Supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make. It has been held, in early years of the union, that Congress not only has no power to limit the original jurisdiction of the Supreme Court, but it also cannot extend this jurisdiction.' Marbury v. Madison, which established the doctrine of judicial review of the acts of the legislature, is also an authority for the construction of the original jurisdiction clause of the Constitution. Chief Justice Marshall, speaking for the Court, stressed the fact that the Constitution enumerates the powers of the Supreme Court, "and proceeds so far to distribute them, as to define the jurisdiction of the supreme court by declaring the cases in which it shall take original jurisdiction, and that in others it shall take appellate jurisdiction." He drew the inference "that in one class of cases its jurisdiction is original and not appellate; in the other it is appellate, and not original," and held the provision of Sec. 13 of the Judiciary Act of 1789,"'To compel a state to resort to this one tribunal for the redress of all its grievances, or to deprive an ambassador, public minister, or consul of the privilege of suing in any court he chose having jurisdiction of the parties and the subject matter of his action would be, in many cases, to convert what was intended as a favor into a burden." Ames v. Kansas ex rel. Johnston, 111 U.S.449, 464. (1884). 12. 2 Dall. (2 U.S.) 297 (C.C.D.Pa. 1793) Actions against Ambassadors, other Public Ministers, their domestics, and domestic servants. The first class of cases which by virtue of the Constitution are within the original jurisdiction of the Supreme Court are those affecting ambassadors, other public ministers, and consuls. The Constitution recognized that the prestige of the sovereign nations which they represent requires the submission

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

of such cases to the original jurisdiction of the highest tribunal of the United States. "In respect to actions against ambassadors, public ministers, their domestics and domestic servants, the Judicial Code made this jurisdiction exclusive. In the courts of the United States the term "public minister" has been understood as covering all persons entitled to diplomatic privileges and immunities. "Therefore, the meaning of the term may be found by examining the group of persons to whom the immunities are accorded. The special position of foreign diplomats, their privileges, and immunities, is one of the basic principles of the law of nations recognized for centuries. The Judicial Code expressly limited the Supreme Court's jurisdiction to cases consistent with international law. Immediately after the Constitution came into effect and the first Judiciary Act was passed, Congress resolved to protect the diplomatic privileges of foreign representatives. United States v. Coplon, 84 Fed.Supp. 472, 477 (D.C. S.D.N.Y. 1949). The term "public minister" will be used interchangeably with "diplomat" and "foreign representative." The old principle of immunity of diplomatic representatives from the jurisdiction of the country in which they reside was expounded by Hugo Grotius in DE JURE BELLI AC PACIS: "As to what respects the personal effects {mobilia} of an ambassador, which are considered as belonging to his person they are not liable to seizure, neither for the payment nor for the security of a debt... for an ambassador, in order to enjoy complete security, ought to be exempt from every species of restraint, both as to his person, and to those things which are necessary for his use. If then, he has contracted debts, and if, which is usually the case, he has no real property [immobilia] in the country, he should he politely requested to pay, and, if he refuses, resort must be had to his sovereign." TAYLOR, JURISDICTION AND PROCEDURE OF THE SUPREME COURT (1905).

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

In respect to their immunity from judicial process by some provisions of the Act for the Punishment of certain Crimes against the United States," of April 30, 1790. Sec. 25 of the Act is embodied today in Sec. 252, Title 22 U.S.C.A. (Foreign Relations and Intercourse), practically without any change. Sec. 252 declares void "any writ or process ...whereby the person of any ambassador or public minister of any foreign prince or State, authorized and received as such by the President, or any domestic or domestic servant of any such minister, is arrested or imprisoned, and his goods or chattels are distrained, seized, or attached." The provision is but declaratory of the principle of international law, which is deemed to be "a part of the law of the land." But, by its express incorporation in the domestic legal system, the courts and other authorities of the union are made directly bound by it." Only in one case does the positive law of the United States permit the bringing of an action against a person "in the service of an ambassador or a public minister," and lift the prohibition of Sec. 252, Title 22 U.S.C.A. This case was provided for as early as in 1790, by the above-mentioned Act, and now, slightly changed, is found in Sec. 252, Title 22 U.S.C.A. It refers to suits where defendant "is a citizen or inhabitant of the United States ... and the process is founded upon a debt contracted before he entered upon such service." If such a case arises, it seems that the suit can be brought only in the Supreme Court, by virtue of Sec. 1251, Title 28 U.S.C.A.

The permission to sue is probably intended to prevent the debtors from escaping their liability by entering into the service of a foreign representative. However, it has never been applied. It was invoked in Carrera v. Carrera.

 The Supreme Court will entertain a suit against a foreign diplomat only if the action is "not inconsistent with the law of nations." Thus, international law must be consulted in each case where a suit is brought.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

The term public minister may be interpreted broadly, in order to harmonize the United States laws with the requirements of the law of nations. The term domestic is defined in Webster's International Dictionary as "of or pertaining to the household or family." In the sense used in the Judiciary Acts it should be understood as covering members of the family of public ministersThe United States legal system places them practically on the same footing with the diplomats, contrarily to the practice of some other nations. The trend to curtail their immunities is reflected in Art. 23,

Draft Convention, Diplomatic Privileges, and Immunities.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910

SECTION ONE The Original and Exclusive

Jurisdiction of the

United States Supreme Court

WIENCZYSLAW J. WAGNER*

1. The Original Jurisdiction of the Supreme Court: Exclusive and Concurrent

The scope of the original jurisdiction of the Supreme

Court' is delimited by the Constitution itself.2 Art. III,

Sec. 2 (2) provides that:

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

In all Cases affecting Ambassadors, other public Ministers

and Consuls, and those in which a State shall be a Party, the

Supreme Court shall have original Jurisdiction

With this Foundation, the Directors, (elders) will elect the Public Minister for this church organization, and Elders. it is the duty of a Public Minister to defend his/her fellow American Nationals from the assault from State Courts, which are military courts in a foreign jurisdiction to members. You will be taught in another venue how to handle such defense with law, as a prime example of the law, army manual of courts martials ar-840-10 says "all flags with a gold fringe on 3 sides are military flags only to be flown in a military court for court martials against civilians. The only way a military court can court martial civilians is if the Constitution for the united states of America is suspended, the court is under martial law and the regular courts are suspended. All State courts are military courts and are run as private corporations, as are the Police Departments, go to **www.dunnandbradstreet.com**, enter a search for the names of the court or police department, it will show you the duns number proving they have registered with this company as a private for profit corporation. They are getting money from the birth certificate.

CERTIFICATION AND DECLARATION OF EXECUTION OF AN UNINCORPORATED ORGANIZED SELF SUPPORTED HUMANITARIAN FOUNDATION AND CHURCH: KNOW ALL PEOPLE BY THESE

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

PRESENTS: The undersigned, senior Patriarch, thomas-arvel: benson and Managing Patriarch's todd-allen:terrell have executed an UNINCORPORATED ORGANIZED SELF SUPPORTED HUMANITARIAN FOUNDATION

A sister Foundation under THE BATANGYAGIT FOUNDATION CHURCH as described in Title 26, United States code and Income Tax Regulations, June 26, 1977 Edition, published by Commerce Clearing House, Section 1.511-2 (ii) volume I, page 33, 471 & 472; and in The Law of Tax Exempt Organizations by Bruce Hopkins, published by Lerner Law Book Co., 1977, page 107 which states:

The term A church (Foundation) includes a religious order to a religious organization if such order or organization (a) is an integral part of a church, and (b) is engaged in carrying out the functions of a church, whether as a civil law corporation or otherwise.

That this declaration contains specified conditions and terms any and all of which are made a part hereof as fully and completely as if herein specifically set forth in full. The declaration explicitly states and provides that:

THE PURPOSE of the declaration is to create a UNINCORPORATED ORGANIZED SELF SUPPORTED HUMANITARIAN FOUNDATION to further the advancement of Humanitarian goals throughout the world.

The Senior Patriarch and Managing Patriarch shall have all rights necessary to fulfill the purpose of this indenture and to conduct any legal business not specifically prohibited by this indenture.

The Senior Patriarch and Managing Patriarch may or may not be ordained and serve without bonds of any nature being required.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

THE DECLARATION provides and states that it is NOT A PUBLIC ENTITY such as a statutory business partnership, corporation, joint stock company, or Foundation.

THE Senior Patriarch thomas benson and Managing Patriarch katrina cannon may appoint Elder's. These elder's agree to conserve and manage in such manner and use biblical principles in all Foundation applications to their best abilities. The Elders shall not be less than two in number but may be more than two for any reason believed beneficial to the Foundation. They shall hold office and collectively enjoy the absolute and exclusive management, power and control of properties and manage affairs without any consent or voice of the Foundation.

THE DIRECTORS MAY NOT DECLARE OR PAY any "income" tax or funds from the Foundation to others, except amounts, which the Directors, in their sole discretion, deem appropriate to retain for services and/or additions to the assets of this Foundation.

All documents, contracts, conveyances, deeds, quite-claims, assignments, assignment of all or part of the title to any asset or property of this Foundation and other legal instruments shall be executed by signing, by Managing Patriarch katrina cannon and by anyone appointed by her.

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

NOTICE IS HEREBY GIVEN TO ALL PEOPLE, PARTIES, CORPORATIONS, ENTITIES OR OTHER FIRMS extending credit to, contracting with, or having claims against this Foundation or its Directors that they must look solely to the funds, property and other assets of this Foundation for payment or for settlement of any claims, debts, judgments (decree), award, or other obligation which may become payable thereunder.

<u>All action, claims and/or suits against this private Foundation MUST be adjudicated pursuant to the constitutional procedures of the Seventh Amendment of the Constitution for the united states of America.</u> The Directors are not personally liable When dealing with the properties or business matters of this Foundation nor is this Foundation personally liable for properties or business matters of the Directors.

THE SENIOR PUBLIC MINISTER IS: Thomas- :benson.

THE MANAGING  PUBLIC MINISTER IS:

managing partriarch

BY: /s/ todd-allen:terrell _____

senior partriarch

BY:/s/ thomas-arvel:benson_____

THE CHURCH OF THE REPUBLIC, SAM HOUSTON

BY:

todd-allen:terrell
in care of 102 Tanglewood Drive
Victoria, land of Texas
thechurchoftherepupblic@protonmail.com
361-402-3884
thomas-arvel:benson
Public Ministe and assistance of counsel
Without the UNITED STATES

## CITY OF VICTORIA MUNICIPAL COURT 1
## COUNTY OF VICTORIA

| | |
|---|---|
| LUCILLE SHERER | ) Case # EV121-181 |
| Plaintiff | ) notice of appeal |
| | ) |
| Vs | ) |
| | ) |
| TODD TERRELL | ) |
| Defendant | ) |

Comes now todd_terrell to notice this court of my intent to appeal this decision to the supreme court  Judge mary ann rivera has not proven jurisdiction, neither has the plaintiff. Public minister thomas-arvel:benson just attempted to file the notice of appeal with the clerk of court, prescinct one clerk for Judge Mary Ann Rivera, the clerk said we have expired the time to appeal as it has been 6 days, I notified her we have 15 days, per
                    RULE 26. TIME TO PERFECT APPEAL RULE 26.1. CIVIL
CASES The notice of appeal must be filed within 30 days after the judgment is signed, except as follows she still refused.

Exbibit B

copy to Department of Justice
copy to congressional investigation committee
copy to the texas republic
copy to the international court hague

By:/s/todd-terrell _____
copy to supreme court
copy to governor abbott
copy to commissioners court

*ex h*

todd-allen:terrell
in care of 102 Tanglewood Drive
Victoria,  land of Texas
thechurchoftherepupblic@protonmail.com
361-363-0170
thomas-arvel:benson
Public Ministe and assistance of counsel
Without the UNITED STATES


## CITY OF VICTORIA PRISCINCT 1
## COUNTY OF VICTORIA


| | | |
|---|---|---|
| SHERRER | ) | Case # EV121-181 |
| Plaintiff | ) | COMMON LAW TRIAL DEMANDED |
| | ) | JURISDICTIONAL CHALLENGE, |
| Vs | ) | CHALLENGE OF THE |
| | ) | CONSTITUTIONALITY OF |
| TODD ALLEN TERRELL | ) | UNLAWFUL STATUTES |
| Defendant | ) | |


Special appearance  todd-allen:terrell


Jurisdictional Challenge

to the prosecution/plaintiff and to the court

by special appearance.

*exhibit C*

Comes now todd-allen:terrell in propria persona by special appearance, to inform this court as a public minister for the church of the republic sam houston, to appoint scare-crow as assistance of counsel, as my Public Minister,   to challenge the jurisdiction of this court both in personal jurisdiction and subject matter jurisdiction and to challenge the constitutionality of Texas statutes used to arrest me. An appearance de bene esse is designed to permit a party to a proceeding to refuse to submit his person to the jurisdiction of the court unless it is finally determined that he has forever waived that right. Such an appearance is therefore a special appearance designed to allow the accused to meet and any supposed requirement of making an appearance, and at the same time, to refuse to submit to the jurisdiction of any alleged plaintiff (and therefore of the applicable court), unless and until some judicial department prosecutor makes all disclosures, specifically by producing a complaint of damage or injury, signed and verified by the injured party. If there is any debt associated with this account Defendant can submit the birth certificate for defendant endorsed, as Elena is the executor for the decedent estate and wishes to settle this matter.  This court is in violation of the Clearfield Doctrine All courts were dissolved in 2008 under the Clearfield doctrine then became registered companies on Dunn and Bradstreet company search. When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation U.S v Burr 309 U.S 22. See 22, U.S CA 286 e Bank of US v Planters Bank of Georgia 6L Ed (Wheat 244.) NOTE: Under the Clearfield Doctrine, the courts are no longer government entities in that they are demanding private monies and must have a contract with you to compel performance. They are no more special as a normal business than your local Jack In The Box. Clearfield Doctrine - "private commercial paper is used by corporate government, then government loses its

sovereignty status and becomes no different than a mere private corporation" . Government create and enforce CIVIL LAWS known as statues, acts and legislation created by the Bar Association (set up by Rothschilds) which are duty bound to comply with the LAW of CONTRACTS.

Many aspects of life involve legal contracts, such as applying for an auto loan, buying a house, agreeing to a computer software's terms and conditions, and signing employment-related paperwork. A contract is essentially a promise recognized by law that can be enforced.

Contract law falls under a state's common law. As such, court interpretations might vary between states. Contracts are needed when one of the parties involved makes a promise. To be legally binding, the contract must involve some sort of promise or agreement.

There are two definitions or theories regarding contracts and adequate consideration: the benefit-detriment theory and the bargain theory.

Benefit-Detriment Theory of Consideration. In this scenario, the contract either benefits of the promisor or is to the detriment of the promisee. For example, gift promises are not enforceable because the promisor might gain personal satisfaction from the act, so there isn't sufficient detriment to constitute adequate consideration. Bargain Theory of Consideration (also known as Bargain-for-Exchange Theory). Adequate consideration exists only when an individual makes a promise in return for something. The condition is that the person making the promise was given something in exchange for making that promise

Essentially, the difference between the bargain-for-exchange theory and the detriment-benefit theory is each party's motive for making the agreement. Bargain theory involves subjective mutual assent (two parties agree on something), while the detriment-benefit theory involves objective legal detriment (the promisee loses something to the promisor).

In cases where the intention isn't clear, a court examines any usage or custom that might determine the agreement's intention. With an oral contract, a court might consider both parties' intentions that led to the contract's formation.

There is no legal requirement for a contract to be in writing, although certain statutes require certain types of agreements to be in writing. New Mexico, for instance, enforces oral contracts in situations where the Statute of Frauds (which requires that certain contracts be in writing and signed) does not.

---

Keep in mind that oral and written contracts have different statutes of limitations. For written contracts, the general statute is six years, while for oral contracts it's four years. If a written contract involves a sale of goods, however, the statute of limitations is four years unless the contract specifies a shorter period, which can be no less than one year. Most contracts are written and signed by the parties involved. While most contracts are enforceable, those that only serve as a way to determine a party's obligation are not.

## Elements of a Contract. Every contract must contain a few basic elements to be considered legally binding. Offer — one of the parties involved makes a promise to do or not do something. Consideration — a party promised something of value in exchange for the specified action or nonaction. Consideration is defined as the value that motivates the parties to enter into a contract, and it distinguishes the contract agreement from a gift. Unlike promises made in a contract, failing to follow through on a promise made with a gift is not enforceable by law because it isn't considered a breach of contract. Consideration can take the form of effort or money expenditures, a promise to perform a service, a reliance on a promise, or an agreement not to perform an action. Acceptance — the offer was clearly accepted . The contract can be accepted verbally or through performance or deeds called for in the agreement. This acceptance must mirror the offer terms; otherwise, it's viewed as a counteroffer or rejection. In cases where a contract involves a sale of goods between merchants, the acceptance doesn't need to mirror the terms to be valid. Mutuality — all contracting parties must mutually agree to the contract. Each party involved in the contract must understand and agree to the agreement's basic terms and substance. Per the fdcpa federal act, I now demand you provide a copy of any contract you think you have with me, per usc title 15 section 1692 et al, you are claiming I owe some debt to you, great, now prove it, in fact you only have 14 days, then I will default you, PROSECUTOR. Be advised that the District Attorney has been notified of my standing as a diplomat.

The Law of Contracts requires signed written agreements and complete transparency! Governments Have Descended to the Level of Mere Private Corporations Clearfield Doctrine Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363- 371 1942 Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942: "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes]

and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation. As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made. And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes. "§ 1-308. Performance or Acceptance Under Reservation of Rights. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient." I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty. Further, I am not a United States citizen or a 14th amendment citizen. I am a State Citizen of the republic and reject any attempted expatriation. See 15 united States statute at large, July 27th, 1868 also known as the expatriation statute Violation fee of my liberty is $250,000 per

incident or per 15, Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge. I refuse to contract with this court. This case is very important because it is a 1942 case Exhibit 8a that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. The private currency, the Federal Reserve Note, is still in use today. References: (i) Articles of Incorporation of UNITED STATES CORPORATION COMPANY http://anticorruptionsociety.files.wordpress.com/2014/01/articles-ofincorporation-of-u-scorp-company.pdf (ii) From The Great American Adventure by Judge Dale, retired. (pages 93-94) http://anticorruptionsociety.files.wordpress.com/2013/07/the-great-american-adventure-complete-work-by-judge-dale.pdf [4] Corporations are not and can never be SOVEREIGN. They are not real, they are a fiction and only exist on paper. 5] Therefore, all laws created by these government corporations are private corporate regulations called public law, statutes, codes and ordinances to conceal their true nature. Do the Judge and your lawyer know about this? You bet they do! 6] Since these government bodies are not SOVEREIGN, they cannot promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS, which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency! Did you ever agree to be arrested and tried under any of their corporate statutes? For that matter, did you ever agree to contract with them by agreeing to be sued for violating their corporate regulations? [8] Enforcement of these corporate statutes by local, state and federal law enforcement officers are unlawful actions being committed against the SOVEREIGN public and these officers can be held personally liable for their actions. [Bond v. U.S., 529 US 334- 2000] (iii) Our Government is Just Another Corporation http://anticorruptionsociety.com/is-our-government-just-anothercorporation

FOR THE RECORD

I, the declarant todd-allen:terrell, Reserving all rights at all times and places, a citizen of heaven a natural, private common woman, on the land Texas, by special appearance, a living woman, not a u.s. citizen, not a resident, not a fictitious entity, not an individual, executor of estate of defendant,  Public Minister for the church of the republic  and now appoint my public minister thomas-arvel:benson as my assistance of counsel,  do challenge, and demand proof of jurisdiction, appearing on the record, and proof of constitutionality of United States codes,  Texas statute used against me, of the prosecution/plaintiff to file charges/suit and prosecute and arrest me, I challenge the constitutiion of Texas statutes and demand a trial in a common law court of record. I refuse to contract with this court. Judge (court administrator) where the clerk of the court is creating bonds paid for by the good ole United States Treasury and using statutes codes militray law to take I property,Judge MARY ANN RIVERA has not filed an assume name certificate with the TeTER B. REQUIREMENTS APPLICABLE TO CERTAIN UNINCORPORATED PERSONS. CONSTANCE FILLY JOHNSON HAS ZERO STANDING IN COURT TO PROSECUTE ME!!!!!!!

TEXAS STATUTE Sec. 71.051.  CERTIFICATE FOR CERTAIN UNINCORPORATED PERSONS.  A person must file a certificate under this subchapter if the person regularly conducts business or renders a professional service in this state under an assumed name other than as a corporation, limited partnership, limited liability partnership, limited liability company, or foreign filing entity. Corporations and Associations for profit business Corporation Chapter 25- Foreign Corporations Part 1 – Certificate of Authority 48-25-102. Consequences of transacting business without authority. A foreign corporation transacting business in this state (Texas) without a certificate of authority **may not maintain a proceeding in any court in this state until it obtains a certificate of authority**. District

Attorney Johnson and the Judge have zero standing to operate in court. I highly recommend this case be immediately dismissed for lack of due process of law, and failure to prosecute as neither the D.A. or judge have registered assume name certificate I am being charged as a person, I am not a person,as defined by law.

# Criminal Penalty: General Violation

(a) A person commits an offense if the person:

(1) conducts business or renders a professional service in this state under an assumed name; and

(2) intentionally violates this chapter.

(b) An offense under this section is a Class A misdemeanor.

*Terms Used In Texas Business and Commerce Code 71.201*

Contract: A legal written agreement that becomes binding when signed.

Defendant: In a civil suit, the person complained against; in a criminal case, the person accused of the crime.

Person: includes corporation, organization, government or governmental subdivision or agency, business trust, estate, trust, partnership, association, and any other legal entity. See Texas Government Code 311.005

Plaintiff: The person who files the complaint in a civil lawsuit.

Service of process: The service of writs or summonses to the appropriate party.

(a) This chapter does not give a registrant a right to use the assumed name in violation of the common or statutory law of unfair competition or unfair trade practices, common law copyright, or similar law.

(b) The filing of a certificate under this chapter does not in itself constitute actual use of the assumed name stated in the certificate for purposes of determining priority of rights. Once again prove our contract.

A search for  on the Texas Secretary of State showed zero assumed name certificate
for CONSTANCE FILLY JOHNSON .

Judge Mary Ann Rivera has violated numerous Federal Laws by moving this
case forward without jurisdiction.. TITLE 42 U.S. CODE §1983; a Federal statute
that allows people to sue the government for civil rights violations. It applies when
someone acting "under color of"- state-level or local law" has deprived a person of
their rights. TITLE 18 U.S. CODE 241; Conspiracy Against The Rights of The
People under color of law, State-conferred immunity cannot Shield a "State Actor"
from liability under §1983 (Martinez v. California, 444 U.S. 277, 284 n. 8 (1980)
("Conduct by persons acting under "Color of Law" is wrongful under 42 USC
§1983... cannot be immunized by State Law.") A regime that allowed a state
immunity defense to trump the imposition of liability under §1983 would emasculate
the Federal statute. §1983 imposes liability on ANYONE who, under Color of Law,
deprives a person of any rights, privileges, or immunities secured by the Constitution
and law. K & A Radiologic Tech. Servs., Inc. v. Commissioner of the Dept of Health,
189 F.32d 273, 280 (2nd Cir 1999) (quoting Blessing v. Freestone, 520 U.S. 329, 340,
1997). The core purpose of §1983 is "to provide compensatory relief to those
deprived of their Federal rights by "State Actors." Hardy v. New York City Health &
Hosps. Corp., 164 F.3d 789, 795 (2nd Cir. 1999) (quoting Felder v. Casey, 487 U.S.
131, 141 (1988). "The traditional definition of acting under Color of Law requires that
the defendant in a §1983 action have exercised power possessed by virtue of State law
and made possible only because the wrongdoer is clothed with the authority of State
law." (quoting inter alia, West v. Atkins, 487 U.S. 42, 49 (1988). District  attorney
Johnson has violated the constitution of Texas: Article I, Section 19 of the Texas
Constitution Adopted February 15, 1876:

No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land. The Supreme court says the law of the land is common law, Judge Rivera is using military statutes, codes against the man todd with. Texas statutes, codes are unlawful and unconstitutional, See"A statute will not be presumed to have extra territorial effect... outside the [territorial] jurisdiction of the legislature... over persons residing outside the (territorial) jurisdiction of the legislature." (Bond v Jay, 7 Cranch 350, 3 L Ed 367). Alfred is NOT a resident of the United States.

Judge Rivera IS IN VIOLATION OF USC TITLE 18 SECTION 1964(C) RICO, USC TITLE 18 SECTION 1201(C), USC TITLE 42 SECTION 1986, USC TITLE 18 SECTION 1201(C) KIDNAPPING, USC TITLE 19 SECTION 912, IMPERSONATING A PUBLIC OFFICIAL, violation of the foreign agent registration act of 1938 (United States district attorneys represent a private corporation for profit, using color of law in a military court as foreign agents of the Crown of England).Judge Rivera is using statutes codes in a military court and  is warring against the constitution, warring against the state, warring against one of we the people and is in direct violation of their oath of office to support and defend the constitution. We have petitioned the exact bonds that Johnson has created we will discharge said bonds then it is the responsibility for Johnson to pay them.

FROM THE DEPARTMENT OF JUSTICE WEBSITE

What is the difference between criminal and civil cases? Criminal and civil laws are different. Criminal cases usually are investigated and handled separately from civil cases, even if they concern the same incident. In a criminal case, DOJ brings a case against the accused person; in a civil case, DOJ brings the case (either through

litigation or an administrative investigation) against a governmental authority or law enforcement agency. In a criminal case, the evidence must establish proof "beyond a reasonable doubt," while in civil cases the proof need only satisfy the lower standard of a "preponderance of the evidence." Finally, in criminal cases, DOJ seeks to punish a wrongdoer for past misconduct through imprisonment or other sanction. In civil cases, DOJ seeks to correct a law enforcement agency's policies and practices that fostered the misconduct and, where appropriate, may require individual relief for the victim(s).

It is a crime for one or more persons acting under color of law willfully to deprive or conspire to deprive another person of any right protected by the Constitution or laws of the United States. (18 U.S.C. §§ 241, 242). "Under color of law" means that the person doing the act is using power given to him or her by a governmental agency (local, State, or Federal). A law enforcement officer acts "under color of law" even if he or she is exceeding his or her rightful power. The types of law enforcement misconduct covered by these laws include excessive force, sexual assault, intentional false arrests, theft, or the intentional fabrication of evidence resulting in a loss of liberty to another. Enforcement of these provisions does not require that any racial, religious, or other discriminatory motive existed.  What remedies are available under these laws? These are criminal statutes. Violations of these laws are punishable by fine and/or imprisonment. There is no private right of action under these statutes; in other words, these are not the legal provisions under which you would file a lawsuit on your own.

"Police Misconduct Provision" This law makes it unlawful for State or local law enforcement officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States. (34 U.S.C. § 12601)

https://www.law.cornell.edu/uscode/text/34/12601

It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

. The types of conduct covered by this law can include, among other things, excessive force, discriminatory harassment, false arrests, coercive sexual conduct, and unlawful stops, searches, or arrests. In order to be covered by this law, the misconduct must constitute a "pattern or practice" -- it may not simply be an isolated incident. The DOJ must be able to show in court that the agency has an unlawful policy or that the incidents constituted a pattern of unlawful conduct. However, unlike the other civil laws discussed below, DOJ does not have to show that discrimination has occurred in order to prove a pattern or practice of misconduct. What remedies are available under this law? The remedies available under this law do not provide for individual monetary relief for the victims of the misconduct. Rather, they provide for injunctive relief, such as orders to end the misconduct and changes in the agency's policies and procedures that resulted in

or allowed the misconduct. There is no private right of action under this law; only DOJ may file suit for violations of the Police Misconduct Provision.

VERIFIED NOTICE AND DEMAND TO PRESENT MAJOR OBJECTIONS TO THE CONTINUING, NON-CONSTITUTIONAL ACTIONS <u>ABSENT</u> PROOF OF JURISDICTION <u>APPEARING ON THE RECORD</u> WITH RELIEF BEING TO DISMISS THIS BOGUS ACTION WITH PREJUDICE and order the dismissal of this case, for violations of due process of law, unlawful incarceration .Plaintiff United States Attorney, put me in jail under color of law. This is in violation of the Texas Constitution Article I, Section 19 of the Texas Constitution

Texas Constitution > Article I > Current Section19 Adopted February 15, 1876:

No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land. This prescint 1 court is using military law (statutes) and military flags in a military court against I a public minister, and a church.

 Lieber Code Article 13 "Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war.

" This court is not using common law which the supreme court says is the law of the land. This court is using unlawful Codes, statutes in a military court. I Defendant demands a trial in a common law court of record in an article 3 court. "That retrospective laws punishing acts committed before the existence of such laws, and by them only declared penal or criminal, are oppressive, unjust and incompatible with liberty; wherefore no *ex post facto* law shall ever be made".

Plaintiff has violated Federal law by not providing due process under the law of the land. Supreme court decisions in the following pages shows that the highest law of the land is the common law of England, not statutes, codes, rules, regulations, ordinances,  which supreme court says is color of law, unlawful to use against the Sovereigns, and unconstitutional as there is zero injured party creating an affidavit of injury which creates the complaint which creates my arrest which creates an injury against me under color of law.  This court is using ex post facto law, admiralty law, military law, not common law of the land. "Clearfield Trust case; government can operate in a commercial capacity but it loses its sovereignty when it does so.  42 U.S. Code § 1985.Conspiracy to interfere with civil rights This court is committing treason as it is no longer acting as a government entity it is in fact a corporation for profit, that is trading justice for money by creating bonds in the name of the all cap names of defendants and getting paid by the United States Treasury.

## VICTORIA COUNTY  has been noticed

### (1) PREVENTING OFFICER FROM PERFORMING DUTIES

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

## (2)OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR

If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

## (3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to

injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.(R.S. § 1980.)

You are using military law against one of we the people of Texas. Lieber code article 13 says 'statutes are military law'. This court is a military court as you are flying a united states of America flag with a gold fringe on 3 sides, and a gold roman eagle on top of the flag indicating roman curia law United States flag with gold fringe on 3 sides, military law, roman curia law, admiralty law. See army manual of courts martial ar-840-10 says "all flags with a gold fringe on 3 sides is a military flag only to be flown in a military court for court martials against civilians. This can only occur if the constitution is suspended, this court is operating under martial law, and the regular courts are suspended. Be sure will ask if these conditions exist in this court, on and for the record. The supreme court has said that statutes codes are unlawful, and unconstitutional. Judge Rivera, court administrator   is warring against the constitution, the state of Texas, pierced diplomatic immunity of a public minister, under color of law, by esquires, by corporations in violation of supreme court decision rundle v delaware, says a corporation cannot sue or contend with the living woman, which is Treason according to the supreme court. The supreme court says "the State cannot be the Plaintiff". The Victoria county court is a corporation registered with www.dunnandbradstreet.com., and manta.com says it is a private corporation for profit. The Court has registered this court case with a CUSIP number

that  will acquire and get the bonds created to show a Federal Jury, or the Supreme Court,  the evidence that the United States Attorney  has committed Barratry by trading justice for money, receiving money for bonds paid by the united states of America treasury. Judge Rivera is an Esquire, with a bar number . Black's law dictionary 4th edition says" esquire means a title of nobility granted by the crown of England".  The Law dictionary says "the title Esquire is given to BAR members", Ballentines law dictionary 3rd edition says Esquire is a term applied to Barristers", and Barrister, an English barrister who is privileged to plead in the BAR", United States Attorney  is obviously a foreign agent for the Crown of England, and the private club called the TEXAS  BAR ASSOCIATION. This is in direct violation of the 1st amendment which says no titles of nobility allowed in America, and in violation of the original 13th amendment which also says no titles of nobility allowed. United States Attorney assigned to this case in the lower court STATE OF TEXAS is in violation of Federal law, the Foreign Agent Registration Act of 1938 requiring all foreign agents to register with the Secretary of State of Texas. A search of this website yielded zero results of such registration. The TEXAS BAR ASSOCIATION is a private corporation. The VICTORIA PRESCINCT ONE COURT is a Private corporation. Supreme court decision Rundle v. Delaware says "a corporation cannot sue or contend with the living man". Supreme court also says the State cannot be the Plaintiff. Supreme court also says a complaint can only be created with the affidavit from the injured party. Where is this affidavit? Who has been injured? Where is the affidavit from the injured party creating the complaint? How did Defendant injure anyone  who submitted a false affidavit, who has not alleged injury?  attorney assigned to the case have brought fraud upon the court by accusing Defendant of committing some crime? Plaintiffs are enforcing military statutes in a  military court, in an all capital letter name which is a fictitious entity and receiving bonds from the treasury which is barratry Per Ballentines law dictionary 3rd edition barratry is the sale of justice

for money, the 1 prescinct court has received bonds paid by the United States Treasury whicht odd will present to the Supreme court. todd demands a trial in a common law court of record. Now it's time to prove allegations. The Supreme court says the definition of a crime is that there is an injured party. There is no injured party. Judge Rivera  is impersonating a public official, in violation of Federal Law  with a false affidavit of injury under color of law, violating USC TITLE 1201(C). As a judge Rivera, if you see the commission of a felony, you are required to intervene according to USC TITLE 18 SECTION 2382, and usc title 18 section 5 misprision of felony. I am a public minister with the church of the republic, sam houston, and a church member and as such invoke the constitution of Texas which says "if the judge has a BAR card, he cannot be a judge in a court of record., BAR card number , as soon as you get rid of your BAR card and get rid of that admiralty flag, we will have court in a court of record. Supreme court says "a judge becomes an administrator only when adjudicating statutes" As one of we the people, a Texan, I now invoke the Texas Constitution article 1 section 29 says "Agency adjudications do not reflect an exercise of the judicial powers assigned to the court of the State" This court is an administrative agency adjudicating the bankruptcy of the United States, see House Joint Resolution 192. I intend to submit the birth certificate for the charged entity to discharge any debt.  I invoke the Texas Constitution as one of we the people of one of the several states, The STATE BAR ACT was created and exists as a STATE created monopoly on the practice of law, which is a direct violation of:

Texas Constitution Article 1, Section 26: Sec. 26. PERPETUITIES AND MONOPOLIES; PRIMOGENITURE OR ENTAILMENTS. Perpetuities and monopolies are contrary to the genius of a free government, and shall never be allowed, nor shall the law of primogeniture or entailments ever be in force in this State.

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." <u>Basso v. Utah Power & Light Co. 395 F 2d 906, 910</u>

"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." <u>Hill Top Developers v. Holiday Pines Service Corp. 478 So. 2D, 368 Fla a DCA 1985)</u>

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." <u>Stuck v. Medica1 Examiners 94 Ca 2d 751. 211 P2d 289</u>

"There is no discretion to ignore that lack of jurisdiction." <u>Joyce v. US, 474 F2d 215</u>

"Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff." <u>Loos v American Energy Savers, Inc., 168 I11.App.3d 558, 522 N.E.2d 841(1988)</u>

"the burden of proving jurisdiction rests upon the party asserting it." <u>Binde11 v City Of Harvey, 212 I11.App.3d 1042, 571 N.E.2d 1017(1st Dist. 1991)</u>

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." <u>Lantana v. Hopper,102 F. 2d 188; Chicago v. New York 37 FSupp. 150</u>

"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is necessarily the exercise of jurisdiction." <u>RHODE ISLAND MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838).</u>

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739

"a universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property," Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8: 331 US 549, 91 K, ed, 1666m 67 S, Ct, 1409

"A departure by a court from those recognized and established requirements of law however close apparent adherence to mere form in methods of procedure which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907)

"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F 2d 416

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27.

"the fact that the petitioner was released on a promise to appear before a

magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." Monroe v.Papa, DC, Ill. 1963, 221 F Supp 685.

"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)

Points:

Proof of jurisdiction, appearing on the record, to state jurisdiction on the record the "facts necessary to give jurisdiction". See...

"if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed. "Norman v. Zieber, 3 Or at 202-03. Also see... "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U. S. 538 (1974)


Proof of jurisdiction appearing on the record, that plaintiff/prosecutor has standing. (Corpus Delicti)  See...

"For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." Sherer v. Cullen 481 F. 945:  Also see...

"With no injured party, a complaint is invalid on its face". Gibson v. Boyle, 139 Ariz. 512  Also see...

Supreme courts ruled "Without Corpus delicti there can be no crime" "In every

prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185. Also see... "In every criminal trial, the prosecution must prove the corpus delecti, or the body of the crime itself-i.e., the fact of injury, loss or harm, and the existence of a criminal agency as its cause." People v. Sapp, 73 P.3d 433, 467 (Cal. 2003) [quoting People v. Alvarez, (2002) 27 Cal.4th 1161, 1168-1169, 119 Cal.Rptr.2d 903, 46 P.3d 372.]. Also see...

"As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793.

Also see... "Without standing, there is no actual or justiciable controversy, and courts will not entertain such cases. (3 Witlen, Cal. Procedure (3rd ed. 1985) Actions § 44, pp 70-72.) "Typically, ... the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff is entitled to an adjudication of the particular claims asserted." (Allen v. Wright, (1984) 468 U.S. 737, 752... Whether one has standing in a particular case generally revolved around the question whether that person has rights that may suffer some injury, actual or threatened." Clifford S. v. Superior Court, 45 Cal.Rptr.2d 333, 335.

Proof of jurisdiction, appearing on the record that the alleged defendant is subject to commercial law and or the Uniform Commercial Code in light of the following:

Let it be known to all that I explicitly reserve all of my rights and refuse to

contract with this court. See your...

UCC 1-308 which was formally UCC 1-207. "§ 1-308. Performance or Acceptance Under Reservation of Rights. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."

I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

Proof of jurisdiction, appearing on the record, that the defendant is subject to statutes rules, codes and regulations. See...

"All codes, rules and regulations are applicable to the government authorities only, not Human/Creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking in due process..." RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985). Article 1 section 8 clause 14 of the Constitution says clearly the government makes the rules for the government NOT "The People:" Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.].

"Constitutionally, a statutory presumption cannot be sustained if there be no rational connection between the fact proved and the ultimate fact presumed" (Tot v United States, 319 US 463, 467; 63 S.Ct. 1241, 1245, 87 L.Ed.2d 1519 (1943)).

"Statutes apply only to state created creatures known as corporations no matter whether [creatures of statute and offices of] state, local, or federal [government])" (Colonial Pipeline Co. v. Traigle, 421 US 100. (1975).

"A statute will not be presumed to have extra territorial effect... outside the [territorial] jurisdiction of the legislature... over persons residing outside the (territorial) jurisdiction of the legislature." (Bond v Jay, 7 Cranch 350, 3 L Ed 367).

"The Common Law is the real law, the Supreme Law of the land. statutes Codes, rules, regulations, policy and statutes are NOT LAW." (Self v. Rhay, 61 Wn 2d 261); they are the law of government for internal regulation, not the law of man.

"It (the legislature or statutory laws) may not violate constitutional prohibits or guarantees OR AUTHORIZE OTHERS TO DO SO." Lockard v. Los Angeles 33 Cal2d 553; Cert den 337 US 939.

U.S. Const., Art. VI, cl. 2; Maryland v Louisiana, 451 US 725, 746; 101 S Ct 2114; 68 L Ed 2d 576 (1981) reveals that, "Where a state statute conflicts with, or frustrates federal law, the former must give way."

Weimer v Bunbury, 30 Mich 291; 1874 Mich. LEXIS 168 (1874) reveals that "The Bill of Rights in the American Constitution has not been drafted for the introduction of new law, but to secure old [already existing] principles against abrogation or violation." To disregard Constitutional law, and to violate the same, creates a sure liability upon the one involved: Police may be held personally liable

for damages based upon actions taken in their official capacities."

Hafer v. Melo, 502 U.S. 21 (1991).


If the U.S. Supreme Court acknowledged the authority of the common law Grand Jury (U.S. v. Williams), why would any State have authority to counter that opinion? The common law is superior to all statutory law, and we must only invoke it in the right way to have superior standing. We need to stop putting the common law and the Grand Juries underneath their inferior statutory laws. WE THE PEOPLE (singular AND plural) have the Ultimate Authority!

American Jurisprudence 2nd 1964 vol. 16 CONSTITUTIONAL LAW § 177 Generally statute leaves the question that it purports to settle just as it would be had the statute not been enacted. Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it. A contract which rests on an unconstitutional statute creates no obligation to be impaired by subsequent legislation.

NO ONE is bound to obey an unconstitutional law and NO COURTS are bound to enforce it. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences. Pg. 403 - 405 16Arn Jur 2d., Const. Law Sec. 70:

"If there should happen to be an irreconcilable variance between the two, Constitution is to be preferred to the statute." (A. Hamilton, Federalist Papers #78

See also Warning V. The Mayor of Savannah, 60 Georgia, P.93; First Trust Co. v. Smith, 277 SW 762. Marbury v. Madison, 2 L Ed 60; and Am.Juris. 2d Constitutional Law section 177-178).

A "Statute' is NOT Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248),


"Insofar as a statute runs counter to the fundamental law of the land, (constitution) it is superseded thereby." (16 Arn Jur 2d 177, Late Arn Jur 2d. 256)

"...all laws which are repugnant to the Constitution are null and void" (Marbury v Madison, 5 US 1803 (2 Cranch) 137, 174, 170).

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." - Miranda v. Arizona, 384 U.S. 436, 491.

  6.Proof of jurisdiction appearing on the record, to force the alleged defendant
  into involuntary servitude. See...

UNITED STATES V. KOZMINSKI, 487 U. S. 931 (1988) "For purposes of criminal prosecution under § 241 or § 1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury or by the use or threat of coercion through law or the legal process. This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion."

Also see... The constitution for the united States 1789, 13th amendment, Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime

whereof the party shall have been duly convicted, shall exist within the united States, or any place subject to their jurisdiction.

Also see...

The constitution for the united States, 1789, Preamble We the people of the united States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the united States of America.

2.      Proof of jurisdiction appearing on the record, that the alleged defendant is a person or other legal or commercial entity. See your satanic...

UCC 1-201 General Definitions (27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity. Also see...

American Law and Procedure, Vol. 13, page 137, 1910: "This word 'person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use ... A person is here not a physical or individual person, but the status or condition with which he is invested ... not an individual or physical person, but the status, condition or character borne by physical persons...The law of persons is the law of status or condition." Also see...

Uniform Commercial code creates a corporate State of the United States, the federal corporation. As opposed to one of the dejure several states.

Also See...

UCC 1-201. General Definitions. (38)"State" means a State of the [corporate]

United States,...

As opposed to...

USC TITLE 28 > PART VI > CHAPTER 176 > SUBCHAPTER A >§ 3002Definitions

(14)"state" means any of the [dejure union states] several states,...

3.      Proof of jurisdiction, appearing on the record, that the alleged defendant is

not sovereign. See...

"In the United States the People are sovereign and the government cannot sever

its relationship to the People by taking away their citizenship." Afroyim v. Rusk,

387 U.S. 253( 1967).

Also see...  "The People of a State are entitled to all rights which formerly

belonged to the King by his prerogative." Lansing v. Smith, 4 Wendel l9, 20(1829)

Also see...

In Europe, the executive is synonymous with the sovereign power of a

state...where it is too commonly acquired by force or fraud or both...In America,

however the case is widely different. Our government is founded upon Compact.

Sovereignty was, and is, in the People. Glass v. The Sloop Betsy, 3 Dall 6. (1794)

4.      Proof of jurisdiction appearing on the record, to force the alleged

defendant or other sovereigns to be subject to statutes. Defendant is not a

person. Defendant accused of violating usc title 18 section 1849 says" *Any*

*person who attempts or conspires to commit any offense under this*

*chapter shall be subject to the same penalties as those prescribed*

*for the offense, the commission of which was the object of the*

*attempt or conspiracy."*

See...   US Supreme Court in <u>Wilson v. Omaha Indian Tribe, 442 US 653, 667 (1979)</u>: "In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it."   Also see... US Supreme Court in <u>U.S. v. Cooper, 312 US 600,604, 61 S.Ct 742 (1941)</u>: "Since in common usage the term 'person' does not include the sovereign, statutes employing that term are ordinarily construed to exclude it."

Also see...  US Supreme Court in <u>U.S. v. United Mine Workers of America, 330 U.S. 258 67 SCt677 (1947)</u>:"In common usage, the term 'person' does not include the sovereign and statutes employing it will ordinarily not be construed to do so."

Also see... US Supreme Court in <u>US v. Fox, 94 US 315</u>: "Since in common usage, the term 'person' does not include the sovereign, statutes employing the phrase are ordinarily construed to exclude it."   Also see...

<u>U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530</u>: "In common usage the word 'person' does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign."   Also see...

<u>Church of Scientology v. US Department of Justice, 612 F.2d 417, 425 (1979)</u>: "the word 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings. See e.g., 1 U.S.C. Sec. 1."

5.    Proof of jurisdiction, appearing on the record, that the alleged defendant is a citizen of the United States and not a State Citizen in light of the following: I am not a United States corporation citizen or a 14th amendment citizen. I am a citizen of Heaven, and not as a State of the United States® on the land of Texas.

And I reject any attempted expatriation.

Also see... Foreign Sovereign Immunities Act (FSIA) of 1976

Also see... USC TITLE 28 > PART IV > CHAPTER 97 -JURISDICTIONAL IMMUNITIES OF FOREIGN STATES § 1604. Immunity of a foreign state from jurisdiction Subject to existing international agreements to which the United States is a party at the time of enactment of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter. I am from a foreign state called the Republic of Florida Also see... In Volume 20: Corpus Juris Sec. § 1785 we find "The United States government is a foreign corporation with respect to a State"(see: NY re: Merriam 36 N.E. 505 1441 S. 0.1973, 14 L. Ed. 287).

Also see... DISTRICT OF COLUMBIA (the United States ®) created by the Congressional act of 1871, which states "... the District of Columbia, by which name it is hereby constituted a body corporate for municipal purposes, and may contract and be contracted with, sue and be sued, plead and be impleaded..."

Also see... "The idea prevails with some, indeed it has expression in arguments at the bar, that we have in this country substantially two national governments; one to be maintained under the Constitution, with all its restrictions; the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to...I take leave to say that, if the principles thus announced should ever receive the sanction of a majority of this court, a radical and mischievous change in our system will result. We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism ... It will be an evil day for American Liberty if the theory of a

government outside the Supreme Law of the Land finds lodgment in our Constitutional Jurisprudence. No higher duty rests upon this court than to exert its full authority to prevent all violation of the principles of the Constitution." -- Honorab1e Supreme Court Justice John Harlan in the 1901 case of Downes v. Bidwell.

Also see...  UCC 1-201. General Definitions(38) "State" means a State of the United States, the District of Columbia, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States.

Also see... USC TITLE 28 SECTION 3002, 'United States means a Federal Corporation" See USC TITLE 28 SECTION 3002 Says UNITED STATES means a Federal Corporation.

TITLE 18 > PART ! > CHAPTER 43 > § 911: Citizen of the United States "Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both."   Also see...

Declaration of Independence, (Adopted by Congress on July 4, 1776): The Unanimous Declaration of the Thirteen United States of America "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness. That to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed."

6.      Proof of jurisdiction, appearing on the record, that the alleged defendant cannot have status of State Citizen. See...

15 united States statute at large, July 27th, 1868 also known as the expatriation statute.

Also see... U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."

Also see...

"We have in our political system a government of the United States and a government of each of the several States.    Each one of these governments is distinct from the others, and each has citizens of it's own ..." United States v. Cruikshank, 92 U.S. 542 (1875)

Also see... "...he was not a citizen of the United States, he was a citizen and voter of the State,...""One may be a citizen of a State an yet not a citizen of the United States". McDonel v. The State, 90 Ind. 320 (1883)

Also see... "That there is a citizenship of the United States and citizenship of a state, ..." Tashiro v. Jordan, 201 Cal. 236(1927)

Also see... "A citizen of the United States is a citizen of the federal government ..." Kitchens v. Steele, 112 F.Supp 383

Also see... State v. Manuel, 20 NC 122: "the term 'citizen' in the United States, is analogous to the term 'subject' in common law; the change of phrase has resulted from the change in government."

Also see... Jones v. Temmer, 89 F. Supp 1226: "The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."

Also see... <u>Supreme Court: US vs. Valentine 288 F. Supp. 957</u>: "The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States."

7.    Proof of jurisdiction, appearing on the record, that the alleged defendants' rights are alienable. See...

"Men are endowed by their Creator with certain unalienable rights,-'life, liberty, and the pursuit of happiness;' and to 'secure,' not grant or create, these rights, governments are instituted. That property [or income] which a man has honestly acquired he retains full control of." [<u>Budd v. People of State of New York, 143 U.S. 517 (1892)</u>]

"The claim and exercise of a constitutional right cannot be converted into a crime." <u>Miller v. US, 230 F 486, at 489</u>.

Also see...

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." <u>Sherer v. Cullen, 481 F 946.</u>

8.    Proof of jurisdiction, appearing on the record, to convert a liberty into a privilege. See...

<u>Murdock v. Penn., 319 US 105, (1943)</u> "No state shall convert a liberty into a privilege, license it, and attach a fee to it." Also see... <u>Shuttlesworth v. Birmingham, 373 US 262, (1969)</u> "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."

Also see... <u>Miranda v. Arizona, 384 U.S. 436, (1966)</u> "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would

abrogate them."

9.    Proof of jurisdiction, appearing on the record, to conspire against or deprive the rights of the defendant under color of law. See...

Black's Law Dictionary, Fifth Edition, p. 241, color of law: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of State law and made possible only because wrongdoer is clothed with authority of State, is action taken under "color of state law." Atkins v. Lanning, D.C.Okl., 415 F.Supp. 186, 188.

Also see...

USC TITLE 18 > PART I> CHAPTER 13 > § 241 Conspiracy against rights: "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured- They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

Also see...

The court held in UNITED STATES v. KOZMINSKI, 487 U.S. 931 (1988) by looking to

the meaning of the Thirteenth Amendment in interpreting two enforcement statutes, one prohibiting conspiracy to interfere with exercise or enjoyment of constitutional rights, the other prohibiting the holding of a person in a condition of involuntary servitude. For purposes of prosecution under these authorities, the Court held, "the term 'involuntary servitude' necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury, or by the use or threat of coercion through law or the legal process."   Also see...

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." MIRANDA V. ARIZONA, 384 U.S. 436, 491.

Also see...  "The State cannot diminish rights of the people." HERTADO V. CALIFORNIA, 110 U.S. 516

10.    Proof of jurisdiction, appearing on the record, of having taken an oath of office.

11.    Proof of jurisdiction, appearing on the record, that the court or the prosecution has the right to violate their oath of office. See...

"faithfully perform the duties of his office" which is to secure defendants unalienable Right to the liberty of ownership of property as per the Declaration of Independence secured in the contract known as the Constitution for the united States of 1789.

I , accept the oath of office judge Rivera  and bind you to it.

12.    Proof of jurisdiction, appearing on the record, to impair or force

nonexistent obligations to a contract.

13.    Proof of jurisdiction, appearing on the record, of any maritime or admiralty

contract that the alleged defendant is a part of. See...

Alexander v. Bothsworth, 1915. "Party cannot be bound by contract that he has

not made or authorized. Free consent is an indispensable element in making valid

contracts."

14.    Proof of jurisdiction, appearing on the record, to deprive the defendant of

common law rights/due process as protected by both the Constitution for the

united States and the dejure state constitution.


15.    Proof of jurisdiction, appearing on the record, the alleged defendant has

given consent to anything or anyone to govern him or his private property.


16.    Proof of jurisdiction, appearing on the record, that police officers are above

the law. See...

Butz v. Economou, 98 S. Ct. 2894 1978); United States v. Lee, 106 U.S. at 220, 1 S.

Ct. at 261 (1882) "No man [or woman] in this country is so high that he is above

the law. No officer of the law may set that law at defiance with impunity. All the

officers of the government from the highest to the lowest, are creatures of the

law, and are bound to obey it."

Also see...

a Citizen challenges the acts of a federal or state official as being illegal, that

official cannot just simply avoid liability based upon the fact that he is a public

official. In United States v. Lee 106 U.S. 196, 220, 221, 1 S.Ct. 240, 261, the United

States claimed title to Arlington, Lee's estate, via a tax sale some years earlier, held to be void by the Court. In so voiding the title of the United States the Court declared: "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives."

Also see... <u>Pierce v. United States ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677</u> ("We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority"); <u>Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct. 292, 297</u> ("In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority was sufficient in law to protect him...It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority"); and <u>Poindexter v. Greenhaw, 114 U.S. 270, 287, 5 S.Ct. 903, 912</u>

Also   see... WHEREAS, officials and even judges have no immunity See, <u>Owen vs. City of Independence, 100 S Ct.1398; Maine vs. Thiboutot, 100 S. Ct. 2502;</u> and <u>Hafer vs. Melo, 502 U.S. 21;</u> officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even

the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983.

Also   see... "Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

17.    Proof of jurisdiction, appearing on the record that a commercial entity can detain, imprison, enslave and force into indentured servitude a human being. See...13th amendment, united States constitution states that no titles of nobility are allowed in america, the title esquire is a title of nobility, and you are a member of the texas bar association, under the crown of england.

Also see...  USC TITLE 18 > PART I> CHAPTER 55 > § 1201 Kidnapping

18.    Proof of jurisdiction, appearing on the record that a commercial entity can sell penal bonds on human beings and/or sovereigns paid for by the United States Treasury See...

13th amendment, united States constitution

Also see...  USC TITLE 15 > CHAPTER 1 > § 17 "The labor of a human being is not a commodity or article of commerce. "

Also see... <u>Palermo protocols United Nations 2000</u>

Also see... <u>TITLE 18 > PART I > CHAPTER 77 > § 1590</u>. Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor

19.    Proof of jurisdiction, appearing on the record that corporate entities can interface with other than corporate entities. See...

"Inasmuch as every government is an artificial Person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons.  The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." <u>S.C.R. 1795, Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54;</u> and,

"the contracts between them" involve U.S. citizens,  which are deemed as Corporate Entities: "Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an individual entity"", <u>Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773</u>

20.    Proof of jurisdiction, appearing on the record that I am the property of the federal government. See...

"Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity"", <u>Wheeling Steel Corp. v.Fox, 298  U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773</u>

21.    Proof of jurisdiction, appearing on the record, and that statements of the

liar (prosecutor) are not evidence or admissible

"Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment."Trinsey v Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

"Manifestly, [such statements] cannot be properly considered by us in the disposition of [a] case." United States v. Lovasco (06/09/77) 431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752,

"Under no possible view, however, of the findings we are considering can they be held to constitute a compliance with the statute, since they merely embody conflicting statements of counsel concerning the facts as they suppose them to be and their appreciation of the law which they deem applicable, there being, therefore, no attempt whatever to state the ultimate facts by a consideration of which we would be able to conclude whether or not the judgment was warranted." Gonzales v. Buist. (04/01/12) 224 U.S. 126, 56 L. Ed. 693, 32 S. Ct. 463.

"No instruction was asked, but, as we have said, the judge told the jury that they were to regard only the evidence admitted by him, not statements of counsel", Holt v. United States, (10/31/10) 218 U.S. 245, 54 L. Ed. 1021, 31 S. Ct. 2,

"The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial." Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) Mr. Justice Douglas, dissenting.

"Care has been taken, however, in summoning witnesses to testify, to call no man whose character or whose word could be successfully impeached by any methods known to the law. And it is remarkable, we submit, that in a case of this magnitude, with every means and resource at their command, the complainants, after years of effort and search in near and in the most remote paths, and in every collateral by-way, now rest the charges of conspiracy and of gullibility against these witnesses, only upon the bare statements of counsel. The lives of all the witnesses are clean, their characters for truth and veracity un-assailed, and the evidence of any attempt to influence the memory or the impressions of any man called, cannot be successfully pointed out in this record." Telephone Cases. Dolbear v. American Bell Telephone Company, Molecular Telephone Company v. American Bell Telephone Company. American Bell Telephone Company v.. Molecular Telephone Company, Clay Commercial Telephone Company v. American Bell Telephone Company, People's Telephone Company v. American Bell Telephone Company, Overland Telephone Company v. American Bell Telephone Company,. (PART TWO OF THREE) (03/19/88) 126 U.S. 1, 31 L. Ed. 863, 8 S. Ct. 778.

"Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment," Trinsey v. Pagliaro, D. C. Pa. 1964, 229 F. Supp. 647.

"Factual statements or documents appearing only in briefs shall not be deemed to be a part of the record in the case, unless specifically permitted by the Court" – Oklahoma Court Rules and Procedure, Federal local rule 7.1(h).

Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647. "Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment."

"Where there are no depositions, admissions, or affidavits the court has no facts to rely on for a summary determination." Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

Frunzar v. Allied Property and Casualty Ins. Co., (Iowa 1996)[+] 548 N.W.2d 880 Professional statements of litigants attorney are treated as affidavits, and attorney making statements may be cross-examined regarding substance of statement. [And, how many of those Ass-Holes have "first hand knowledge"? NONE!!!]

Porter v. Porter, (N.D. 1979 ) 274 N.W.2d 235 ñ The practice of an attorney filing an affidavit on behalf of his client asserting the status of that client is not approved, inasmuch as not only does the affidavit become hearsay, but it places the attorney in a position of witness thus compromising his role as advocate.

and it goes on to say that Article Eleven in Amendment says that these United States so-called courts have no standing to do anything involving a state citizen, but they go ahead and assault you anyway.

It's a VIOLATION of the 11th Amendment for a FOREIGN CITIZEN to INVOKE the JUDICIAL POWER of the State.

Article XI.

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

I am from a foreign state, the state of Texas, not the corporate State of Texas, or STATE OF TEXAS. I am not a citizen of the United States Federal Corporation or the Federal Sub Corporation State of Texas, or the City of Victoria Federal Corporation, I am a citizen of heaven on sojourn.

US citizens (FEDERAL CITIZENS) are FOREIGN to the several States and SUBJECTS of the FEDERAL UNITED STATES/STATE of NEW COLUMBIA/DISTRICT OF COLUMBIA.

Attorneys are considered FOREIGN AGENTS under the FOREIGN AGENTS REGISTRATION ACT (FARA) and are SUBJECTS of the BAR ASSOCIATION.

Government Is Foreclosed from Parity with Real People

– Supreme Court of the United States 1795

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54);

22.     Proof of jurisdiction, appearing on the record, that the alleged defendant cannot stand upon his/her constitutional rights. See...

Hale v. Henkel was decided by the united States Supreme Court in 1906. The opinion of the court states: "The "individual" may stand upon "his Constitutional Rights" as a CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the organization of the State", and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights.

23.     Your code enforcers LEOs (Law Enforcement Officers) are operating in their private capacity

"An officer who acts in violation of the Constitution ceases to represent the government".  Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

as revenue officers under the Federal Tax Lien Act of 1966

"(h) DEFINITION's. …. (1) SECURITY INTEREST.-The term 'security interest' means any interest in property acquired by contract for the purpose of securing payment or performance of an obligation or indemnifying against loss or liability. A security interest exists at any time (A) if, at such time, the property is in existence and the interest has become protected under local law against a subsequent judgment

lien arising out of an unsecured obligation, and (B) to the extent that, at such time, the holder has parted "with money or money's worth.. "(4) SECURITY.-<u>The term 'security' means any</u> bond, debenture, <u>note</u>, or <u>certificate or other evidence of indebtedness</u>, <u>issued by a corporation or a government or political subdivision thereof</u>, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: <u>negotiable instrument: or money</u>." Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131

24.    Your code enforcers LEOs (Law Enforcement Officers) and court officers assaulted Me because of your District of Columbia Code 27 CFR 7211 *"Commercial crimes.* Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime."

which means that the so-called Judge is actually a Clerk working for the prosecutor
""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and <u>not in a judicial capacity</u>; courts administrating or enforcing statutes

<u>do not act judicially</u>, but merely ministerially....but <u>merely act as an extension as</u> <u>an agent for the involved agency</u> -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762,

and when a Judge becomes a Clerk working for the prosecutor, he is NOT acting in his official capacity, but is acting in his private capacity,

"An officer who acts in violation of the Constitution ceases to represent the government".  Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

and he cannot do anything judicial
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1, and further,

therefore any so-called order the Clerk (masquerading as a Judge) issues, is a fraud and a nullity, like a warrant for arrest, is a fraud and a nullity, and a fine is a

fraud and a nullity, and he is fully liable in his personal capacity, and has no judicial immunity

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -

"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly

without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See <u>Huendling v. Jensen, 168 N.W.2d at 749</u> and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242 and your so-called court is actually a kangaroo court

"Kangaroo court. <u>Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal</u>." Black's Law Dictionary, 6th Edition, page 868,


25.    Everything your so-called court does is a fraud and a nullity under color of law

"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the <u>apparent authority of law but actually in contravention of law</u>." Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added]

"Color" means "<u>An appearance, semblance, or simulacrum, as distinguished from that which is real</u>. A <u>prima facia</u> or <u>apparent</u> right. Hence, a deceptive <u>appearance</u>, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

"Colour, color. Signifies a probable plea, but which is in fact false…" Tomlin's Law Dictionary 1835, Volume 1

"By metaphysical refinement in examining the form of our government it might be correctly said that <u>there is no such thing as a citizen of the United States</u>. A citizen of any one of the states of the Union is held to be and called a citizen of the

United States, although <u>technically and abstractly there is no such thing</u>." Ex Parte

Frank Knowles, 5 Cal. Rep. 300, [emphasis added]

by assaulting me based on your fictitious US citizen which is a fraud

by criminally converting my proper appellation into a fictitious fraud "ELENA ROSE

MARKHAM" in my case,

by criminally converting the postal address from the land of Texas into your District

of Columbia territory with the use of a ZIP CODE

"As we have said, the <u>Federal Personal Income Tax is Collected under a Military</u>

<u>Venue within a Martial-Law jurisdiction. Federal Reserve Notes are Military Scrip</u>

<u>circulated within a Military Venue</u>. The problem is the people don't understand how

the entire United States is covered by a Military Venue…. <u>Under the Social Security</u>

<u>Act</u>, there was brought into existence <u>Ten Federal Regional Areas</u>. These ten federal

regional areas are the same as a military base. It is not unconstitutional to circulate

"military scrip" on a military base as the base is considered to be a military venue.

"Military scrip" cannot circulate in the civil jurisdiction of the several States. To get

around this Constitutional bar, the Congress (via the Social Security Act), created Ten

Military Venues, called Federal Regional Areas. The problem the Congress realized

was, while Congress could restructure the Government agencies into these Federal

Regional Areas, <u>the people could not be identified to be within this Military Venue</u>

<u>but by their own consent</u>. The solution was to create another Military Venue which

would trick the people to voluntarily accept recognition that they are within a Military

Venue. <u>Congress solved this problem by creating the ZIP CODE</u>. The "zip code"

divides the United States into Ten Military Venues called "National Areas." When a

Citizen receives mail from an agency of the federal government (such as the I.R.S.), in

the return address of the federal agency is the district within the regional area the

letter is sent from, and on the address of the "Citizen" it was sent to is the national

area [ZIP] in which he received the correspondence from the I.R.S.. In other words,

the correspondence was sent from one of the federal regional areas [military venue] to

one of the National Areas [another military venue]. "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellett, Utah Supreme Court [Emphasis added],

"Fifth. The Constitution has undoubtedly conferred on Congress the right to create such municipal organizations as it may deem best for all the territories of the United States, whether they have been incorporated or not, to give to the inhabitants as respects the local governments such degree of representation as may be conducive to the public wellbeing, to deprive such territory of representative government if it is considered just to do so, and to change such local governments at discretion." Downes v Bidwell 182 US 244

by assaulting Me with your fraudulent fictitious unconstitutional District of Columbia municipal corporation called State of Texas, STATE OF TEXAS, UNITED STATES, United States, Prescint 1 court, victoria, when you know that no corporation has standing to do anything in any court.

"My opinion is and long has been that the mayor and aldermen of a city corporation, or the president and directors of a bank, or the president and directors of a railroad company and of other similar corporations, are the true parties that sue and are sued as trustees and representatives of the constantly changing stockholders…. A corporation, therefore, being not a natural person, but a mere creature of the mind, invisible and intangible, cannot be a citizen of a state, or of the United States, and cannot fall within the terms or the power of the above mentioned article, and can therefore neither plead nor be impleaded in the courts of the United States." Rundle v Delaware & Raritan Canal Company 55 U.S. 80 (1852) [emphasis added]

everything you do is a fraud

"Once a fraud, always a fraud." 13 Vin. Abr. 539.

"Things invalid from the beginning cannot be made valid by subsequent act."
Trayner, Max. 482. Maxims of Law, Black's Law Dictionary 9th Edition, page 1862

"A thing void in the beginning does not become valid by lapse of time."
1 S. & R. 58.  Maxims of Law, Black's Law Dictionary 9th Edition, page 1866

Time cannot render valid an act void in its origin. Dig. 50, 17, 29; Broom, Max. 178,
Maxims of Law, Black's Law Dictionary 9th Edition, page 1862, and further,

"Ex dolo malo non oritur action. Out of fraud no action arises. Cowper, 343;
Broom's Max. 349." Bouvier's Maxims of Law, 1856,

and any act by any government official to conceal the fraud becomes an act of fraud;
"fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270."
Bouvier's Maxims of Law 1856

and fraud is inexcusable and unpardonable;
"Fraus et dolus nemini patrocianari debent. Fraud and deceit should excuse no man. 3
Co. 78." Bouvier's Maxims  of Law 1856 and any fraud amounts to injustice;
"Fraus et jus nunquam cohabitant. Fraud and justice never dwell together."
Maxims of Law, Black's Law Dictionary, 9th Edition, page 1832

"Quod alias bonum et justum est, si per vim vei fraudem petatur, malum et injustum
efficitur. What is otherwise good and just, if sought by force or fraud, becomes bad
and unjust. 3 Co. 78." Bouvier's Maxims of Law, 1856 and you are all satanic children
of the devil

---

"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44

"But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers [pharmaceutical drug pushers], and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death." Revelations 21:8

and your judgment day is coming
"I know thy works , and tribulation, and poverty, (but thou art rich) and I know the blasphemy of them which say they are Jews, [or Christians] and are not, but are the synagogue of Satan." Revelations 2:9

26.     The Constitution for the United States of America requires that lawful Article III Judges be provided
"ART. III. § 1. The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behaviour; and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office. § 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers, and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party;- to controversies between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming lands under grants of different States, and

between a State, or the citizens thereof and foreign States, citizens or subjects." 1 Stat. 17-18, and further, this court is a statutory court a military court, not a common law court. Defendant invokes a trial in a common law court of record, which this court can never be as long as the judge has a bar card and is flying military flags, and using military law statutes and the judge has a bar card.

27.     All District of Columbia territorial courts are using their Uniform Commercial Code which is controlled and regulated by their UNIDROIT Treaty (International Institute for the Unification of Private Law), which the UNITED STATES, INC., has been a signatory to for over 30 years, which is unconstitutional, because the Treaty power can ONLY be used externally,

"but Madison insisted that just "because this power is given to Congress," it did not follow that the Treaty Power was "absolute and unlimited." The President and the Senate lacked the power "to dismember the empire," for example, because "[t]he exercise of the power must be consistent with the object of the delegation." "The object of treaties," in Madison's oft-repeated formulation, "is the regulation of intercourse with foreign nations, and is external." Bond v United States 572 US ____ (2014) case number 12-158 [emphasis added]

"Today, it is enough to highlight some of the structural and historical evidence suggesting that the Treaty Power can be used to arrange intercourse with other nations, but not to regulate purely domestic affairs." Bond v United States 572 US ____ (2014) case number 12-158 [emphasis added] and you have no authority to use your UNIDROIT Treaty in America, and your use of the Uniform Commercial Code is unconstitutional

"The government of the United States . . . is one of limited powers. It can exercise authority over no subjects, except those which have been delegated to it. Congress cannot, by legislation, enlarge the federal jurisdiction, nor can it be enlarged under the

treaty-making power" Mayor of New Orleans v. United States, 10 Pet. 662, 736 [emphasis added]

28.    Ignorance of the law is no excuse and all officers of the court are presumed to know the law

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

"It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398, and further,

29.    United Nations Clerks masquerading as Judges, Assistant District Attorneys in TEXAS are impersonating a public official, which is a felony
"(a)  A person commits an offense if he:
(1) impersonates a public servant with intent to induce another to submit to his pretended official authority or to rely on his pretended official acts;  or
(2)  knowingly purports to exercise any function of a public servant or of a public office, including that of a judge and court, and the position or office through which he purports to exercise a function of a public servant or public office has no lawful existence under the constitution or laws of this state or of the United Stat0es.

This Declaration is dated  January 13  2022