United States District Court
Southern District of Texas
**ENTERED**
April 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| TODD ALLEN TERRELL, § § Plaintiff, § § v. § § LUCILLE SCHERER, MARY ANN § RIVERA, JEFF MEYER, and JOE WALL, § § Defendants. § | Civil Action No. 6:22-CV-00003 |

## FINAL JUDGMENT

In accordance with the Order Accepting Memorandum and Recommendation signed by the Court on this date, the Court enters Final Judgment **DISMISSING WITHOUT PREJUDICE** this case under Federal Rule of Civil Procedure 41(b).

This is a **FINAL JUDGMENT**.

Signed on April 19, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**